```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CIVIL DOCKET ENTRIES FOR CASE A05-0249--CV (RRB)
                               "LEO UNIN V USA"

             Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 10/24/05
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice

             Origin: (1) Original Proceeding
             Demand: 100
         Filing fee: Paid $250.00 on 10/24/05 receipt # 00126836
           Trial by:
```

Parties of Record:                                Counsel of Record:

PLF 1.1            UNIN, LEO                       Michele L. Power
                                                   Angstman Law Office
                                                   POB 585
                                                   Bethel, AK 99559
                                                   907-543-2972
                                                   FAX 907-543-3394

DEF 1.1            UNITED STATES OF AMERICA        No counsel found for this party!

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CIVIL DOCKET ENTRIES FOR CASE A05-0249--CV (RRB)
                                   "LEO UNIN V USA"

                                 For all filing dates


    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
       Referral Rule:
               Filed: 10/24/05
              Closed: NO

        Jurisdiction: (2) U.S. Defendant
       PLF Diversity:
       DEF Diversity:

      Nature of Suit: (362) Personal injury - medical malpratice

              Origin: (1) Original Proceeding
              Demand: 100
          Filing fee: Paid $250.00 on 10/24/05 receipt # 00126836
            Trial by:


 Document #   Filed       Docket text

      1 -  1  10/24/05    Complaint filed; Summons issued.
```