MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case A05-249CV |
| vs. ) | No.  (RRB) |
| ) | |
| UNITED STATES OF AMERICA, ) | MOTION FOR WITHDRAWAL |
| ) | AND SUBSTITUTION |
| Defendant. ) | OF COUNSEL |
| ) | |

Myron Angstman, of the present law firm of record for Plaintiff, hereby moves this court for an Order allowing Angstman Law Office to withdraw as counsel for Plaintiff in the above-entitled case and for an Order allowing Sean Brown of Power and Brown, LLC to be substituted as counsel in this matter. Power and Brown, LLC, has been retained by Plaintiff and is ready to act as counsel for him.

DATED this ____ day of December, 2005, at Bethel, Alaska.

By:_____
Myron Angstman, ABA #7410057
ANGSTMAN LAW OFFICE

DATED this 20 day of December, 2005, at Bethel, Alaska.

By: _____
Sean Brown, ABA #0205012
POWER AND BROWN, LLC

CERTIFICATE OF SERVICE

I hereby certify that on the 21 day of December, 2005, a true and accurate copy of the foregoing document was mailed to:

Office of the U.S. Attorney
222 W. 7th Ave., #9, C-253
Anchorage, Alaska 99513-7567

and placed in the court mail box of:

Angstman Law Office

By: _____