UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

FILED

DEC 28 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
by_____ Deputy

LEO UNIN, )
)
    Plaintiff, )
) Case A05-249CV
vs. ) No. (RRB)
)
UNITED STATES OF AMERICA, )
)
    Defendant. )
_____)

### ORDER

IT IS HEREBY ORDERED that Angstman Law Office is allowed to withdraw as counsel for Plaintiff in the above entitled case and,

IT IS FURTHER ORDERED that Sean Brown of Power and Brown, LLC, is substituted as counsel for Plaintiff.

DATED this 28 day of December, 2005, at Bethel, Alaska.

_____
DISTRICT COURT JUDGE

A05-0249--CV (RRB)
----------------------------------------
M. POWER
~~Brown~~
12/28/05

4