(Name)

(Law Firm)

(Street Address)

(City, State, Zip)

Telephone:
Facsimile:
e-mail:

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) | Case No. |
|  | ) |  |
|  | ) |  |
| Plaintiff(s) | ) |  |
| vs | ) | SCHEDULING AND PLANNING |
|  | ) | CONFERENCE REPORT |
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Defendant(s) | ) |  |
|  | ) |  |

1.   **Meeting**. In accordance with FED. R. CIV. P. 26(f), a meeting was held on

        and was attended by:

           attorney for

           attorney for

           attorney for

           attorney for

The parties recommend the following:

2.  **Pre-Discovery Disclosures**.  The information required by FED. R. CIV. P. 26(a)(1):

    have been exchanged by the parties

    will be exchanged by the parties by

    Proposed changes to disclosure requirements:

    Preliminary witness lists

    have been exchanged by the parties

    will be exchanged by the parties by

3.  **Contested Issues of Fact and Law**.   Preliminarily, the parties expect the following issues of fact and/or law to be presented to the court at trial in this matter:

4.  **Discovery Plan**.  The parties jointly propose to the court the following discovery plan.

   A. Discovery will be needed on the following issues:

   B. All discovery commenced in time to be completed by
   ("discovery close date").

   C.  Limitations on Discovery.

   1.  Interrogatories

   No change from FED. R. CIV. P. 33(a)

   Maximum of         by each party to any other party.

   Responses due in         days.

   2.  Requests for Admissions.

   No change from FED. R. CIV. P. 36(a).

   Maximum of         requests.

   Responses due in         days.

    3.    Depositions.

        No change from FED. R. CIV. P. 36(a), (d).

        Maximum of _ depositions by each party.

        Depositions not to exceed _ hours unless agreed to by all parties.

D.    Reports from retained experts.

    Not later than 90 days before the close of discovery subject to FED. R. CIV. P. 26(a)(2)(C).

    Reports due:

From plaintiff                From defendant

E.    Supplementation of disclosures and discovery responses are to be made:

    Periodically at 60-day intervals from the entry of scheduling and planning order.

    As new information is acquired, but not later than 60 days before the close of discovery.

F.    A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

    45 days prior to the close of discovery.

    Not later than

5.    **Pretrial Motions**.

    No change from D.AK. LR 16.1(c).

    The following changes to D.AK. LR 16.1(c). [Check and complete all that apply]

    Motions to amend pleadings or add parties to be filed not later than _ .

    Motions under the discovery rules must be filed not later than                .

    Motions in limine and dispositive motions must be filed not later than                .

6. **Other Provisions**:

    A.    The parties do not request a conference with the court before the entry of the scheduling order.

           The parties request a scheduling conference with the court on the following issue(s):

    B.    Alternative Dispute Resolution.  [D.AK. LR 16.2]

        This matter is not considered a candidate for court-annexed alternative dispute resolution.

        The parties will file a request for alternative dispute resolution not later than _____ .

          Mediation      Early Neutral Evaluation

    C.    The parties   do   not consent to trial before a magistrate judge.

    D.    Compliance with the Disclosure Requirements of FED. R. CIV. P. 7.1

        All parties have complied      Compliance not required by any party

7. Trial.

    A.    The matter will be ready for trial:
              _____ 45 days after the discovery close date.
              __X__ not later than January 3, 2007.

    B.    This matter is expected to take 4 days to try.

    C.    Jury Demanded _____ Yes __X_ No

           Right to jury trial disputed? ____ Yes __X_ No

Dated this 9th day of January, 2006.

                s/ Richard L. Pomeroy
                Assistant U.S. Attorney
                222 West 7th Ave., #9, Rm. 253
                Anchorage, AK 99513-7567
                Phone: (907) 271-5071
                Fax: (907) 271-2344
                E-Mail: richard.pomeroy@usdoj.gov
                ABA No. 8906031

                s/ Sean E. Brown
                Power and Brown, L.L.C.
                P.O. Box 1809
                Bethel, AK 99559-1809
                Phone: (907) 543-4700
                Fax: (907) 543-3777
                E-Mail: sbrown@powerbrown.com
                ABA No.0205012