NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | Case No. 3:05-cv-00249-RRB |
| Plaintiff, ) | |
| ) | **UNITED STATES'** |
| v. ) | **FINAL WITNESS LIST** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      The United States of America, through counsel, submits its Final Witness List in this case.

    1.    Leo D. Unin
          c/o Sean E. Brown
          Power and Brown, L.L.C.
          P.O. Box 1809
          Bethel, AK 99559-1809
          Phone: 907-543-4700

          Mr. Unin is the Plaintiff in this medical malpractice action.

2. Dr. Jennifer Lombrano, DDS
   c/o U.S Attorney's Office
   222 West 7th Avenue, #9, Rm. 253
   Anchorage, AK 99513-7567

   Dr. Lombrano is the dentist who performed dental surgery on Mr. Unin at the Yukon Kuskokwim Health Center, Bethel, AK, on March 31, 2004, that is the issue of this lawsuit.

3. Dr. John Selden, DDS
   PO Box 2710
   Soldotna, AK
   Phone: 907-283-9125

   Dr. Selden is the dentist who provided care to Mr. Unin while he was incarcerated at the Wildwood Correctional Center (WCC).

4. Jodi Hatt, RN III
   Supervisor of Nursing
   Wildwood Correctional Center
   Kenai, AK
   Phone: 907-7276

   Ms. Hatt being the Supervisor of Nursing at the WCC is able to provide information regarding Mr. Unin's medical care.

5. Debbie Polak, RN
   Wildwood Correctional Center
   Kenai, AK
   Phone: 907-260-7276

   Ms. Polak was a registered nurse on staff at WCC and can provide information regarding Mr. Unin's medical care.

6. Betsy Nixon, LPN
   Wildwood Correctional Center
   Kenai, AK
   Phone: 907-260-7276

   Ms. Nixon was a licensed practical nurse on staff at WCC and can provide information regarding Mr. Unin's medical care.

7.     Wendy Holland, LPN
       Wildwood Correctional Center
       Kenai, AK
       Phone: 907-260-7276

       Ms. Holland was a licensed practical nurse on staff at WCC and can provide information regarding Mr. Unin's medical care.

8.     Connie Smith, RN
       Wildwood Correctional Center
       Kenai, AK
       Phone: 907-260-7276

       Ms. Smith was a registered nurse on staff at WCC and can provide information regarding Mr. Unin's medical care.

9.     Kindra Galiano, Physician's Assistant (PA)
       Wildwood Correctional Center
       Kenai, AK
       Phone: 907-260-7276

       Ms. Galiano was a PA on staff at WCC and can provide information regarding Mr. Unin's medical care.

10.    Roxanne Harris, RN
       Medical Central Office
       Anchorage Correctional Complex
       4500 Diplomacy Drive
       Anchorage, AK 99508

       Ms. Harris is an on-call nurse out of the Medical Central Office and may have had contact with Mr. Unin while he was at WCC and could provide information regarding his medical care.

11.    Dr. Geraldine Marrow, DDS
       Medical Central Office
       Anchorage Correctional Complex
       4500 Diplomacy Drive
       Anchorage, AK 99508
       Phone: 907-269-7300

       Dr. Marrow is a contracted dentist with the State and travels to all the institutions to see inmates. She was probably the dentist who was contacted regarding Mr. Unin on April 6, 2004 while he was at the Anchorage Jail East (AJE).

12. Michelle Restwick
    Medical Central Office
    Anchorage Correctional Complex
    4500 Diplomacy Drive
    Anchorage, AK 99508
    Phone: 907-269-7300

    Ms. Restwick is the State contracted hygenist that accompanies Dr. Geraldine Marrow to the institutions. She may have a different last name.

13. Sonia Romain, LPN
    Anchorage Jail East
    1400 East 4th Street
    Anchorage, AK 99501
    Phone: 907-269-0911

    Ms. Romain provided procedural care for Mr. Unin at the facility.

14. Philip Worthington, M.D., D.D.S.
    17113 NE 133rd Street
    Redmond, WA 98052

    Dr. Worthington is an expert in the field of dentistry. He will testify consistent with his expert report that the standard of care was met by the Defendant.

15. Everett Cupino, RN
    Yukon Kuskokwim Correctional Center
    Division of Institutions
    1000 Chief Eddie Hoffman Highway
    Box 400
    Bethel, AK 99559
    Phone: 907-543-5245, x 233

    Mr. Cupino provided care for the Defendant at the facility.

16. Kirk Mosier, RN
    Yukon Kuskokwim Correctional Center
    Division of Institutions
    1000 Chief Eddie Hoffman Highway
    Box 400
    Bethel, AK 99559
    Phone: 907-543-5245

    Mr. Mosier provided care the for Defendant at the facility.

Unin v. USA
Case No. 3:05-cv-00249-RRB                4

17. Bonnie Dansby, Nurse Practitioner
    Medical Central Office
    Anchorage Correctional Complex
    4500 Diplomacy Drive, Suite 109
    Anchorage, AK 99508
    Phone: 907-269-7300

    Ms. Dansby travels to all the institutions statewide and has provided care for the Defendant.

18. Durena Tracy
    Medical Records Administrator
    Anchorage Correctional Complex
    1400 East 4th Avenue
    Anchorage, AK 99501

    Ms. Tracy is custodian of records and would have the complete chart for Defendant.

19. Joyce DeGroat, Supervisor
    Medical Central Office
    Anchorage Correctional Complex
    4500 Diplomacy Drive, Suite 109
    Anchorage, AK 99508
    Phone: 907-269-7300

    Ms. DeGroat was the supervisor to Roxanne Harris and would be able to verify she had been at Wildwood Correctional Center during the time Defendant was there.

20. Debbie Ford, RN II
    2009 Youba Ridge Road
    Coolville, OH 45723
    Phone: n/a

    Ms. Ford may have done a medical summary for Defendant when going from YKCC to Wildwood Correctional Center.  Ms. Ford left the Alaska Department of Corrections on June 10, 2005 and the above is her last known address.

21. Susan Johnson, PAC
    Inmate Health Care Officer
    Anchorage Correctional Complex
    Anchorage, AK
    Phone: 907-269-0911

    Ms. Johnson may have provided or have knowledge of the medical care provided to Defendant while he was at the facility.

22. Ed Lindquist, Retired RN
    Wildwood Correctional Center
    Possibly living in Sterling, AK

    It is believed Mr. Lindquist may have provided medical care to Defendant while he was at the Wildwood Correctional Center.

23. All witnesses named by Plaintiff.

24. All witnesses identified during further discovery.

25. All witnesses necessary to authenticate documents.

26. Any necessary rebuttal witnesses.

Respectfully submitted this 8th day of September, 2006, in Anchorage, Alaska.

                    NELSON P. COHEN
                    United States Attorney


                    s/Richard L. Pomeroy
                    Assistant U.S. Attorney
                    222 West 7th Ave., #9, Rm. 253
                    Anchorage, AK 99513-7567
                    Phone: (907) 271-5071
                    Fax: (907) 271-2344
                    E-mail: richard.pomeroy@usdoj.gov
                    Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that on September 8, 2006 a true and correct copy of the foregoing UNITED STATES' FINAL WITNESS LIST was served electronically on Sean E. Brown.


s/ Richard L. Pomeroy