MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEO UNIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case A05-249CV |
| vs. | ) | No.  (RRB) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | PLAINTIFF'S |
| | ) | FINAL WITNESS LIST |
| | ) | |

    Plaintiff, through counsel Power and Brown, LLC, pursuant to Rule 26(a)(3)(A) of the Federal Rules of Civil Procedure, submits his final witness list:

    1.    Leo Unin
           c/o Power and Brown, LLC
           P.O. Box 1809
           Bethel, Alaska 99559
           907-543-4700

           Mr. Unin is expected to testify regarding damages and liability.

    2.    Don Smithson
           A Medical Officer at the Yukon-Kuskokwim Correctional Center.

           Mr. Smithson is expected to testify regarding liability and damages.

3. Sallaffie Thomas
   Transported Plaintiff to dental appointment.

   Mr. Thomas is expected to testify regarding damages.

4. Correctional Officers at the Anchorage Correctional Complex.

5. Correctional Officers at the Yukon-Kuskokwim Correctional Center.

6. All treating physicians

7. Any witness necessary to authenticate a document or exhibit.

8. Any witness listed by any other party.

9. Any necessary rebuttal witness.

10. Any witness deposed.

11. Any witness deemed necessary as a result of further discovery. These witnesses will be identified as soon as they are selected.

DATED this 8th day of September, 2006, at Bethel, Alaska.

/s/ Sean Brown
Power and Brown, LLC
P.O. Box 1809
Bethel, Alaska 99559
Phone: (909) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
Alaska Bar No. 0205012

CERTIFICATE OF SERVICE

This is to certify that on the 8th day of September, 2006, a copy of this document was served electronically on:

Richard Pomeroy: .Richard.Pomeroy@usdoj.gov

By:  /s/ Sarah Dronenburg