NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:05-cv-00249-RRB<br><br>**UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES** |

Defendant, through counsel, moves to extend the close of discovery, and all associated deadlines, by three weeks. This additional time is required to complete two depositions currently scheduled for October 26 and October 30. The current deadline for the close of discovery is October 20, 2006. The undersigned has discussed this motion with Plaintiff's counsel; Ms. Power indicated that she did not oppose this request.

If this motion is granted, the new date for the close of discovery would be November 10, 2006. Dispositive and discovery motions would be due December 11, 2006.

Respectfully submitted this 17th day of October, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that
on October 17, 2006 a true and correct
copy of the foregoing UNOPPOSED MOTION
TO EXTEND DISCOVERY DEADLINES
was served electronically on Michelle Power.

s/ Richard L. Pomeroy

Unin v. USA
Case No. 3:05-cv-00249-RRB            2