IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)  Case No. 3:05-cv-00249-RRB<br>)<br>)  **[PROPOSED] ORDER**<br>)<br>)<br>)<br>)<br>) |

The parties' motion for an extension of time, until November 10, 2006, for the parties to complete discovery in this case is hereby GRANTED. Dispositive and discovery motions will be due December 11, 2006

Date: _____          _____
                                Ralph. R. Biestline
                                United States District Court Judge