IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | Case No. 3:05-cv-00249-RRB |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

The parties' motion for an extension of time, until November 10, 2006, for the parties to complete discovery in this case is hereby GRANTED. Dispositive and discovery motions will be due December 11, 2006

10/17/06
Date:

S/RRB
Ralph. R. Biestline
United States District Court Judge