NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,<br><br>     Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>     Defendant. | Case No. 3:05-cv-00249-RRB<br><br>**SECOND UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES** |

Defendant, through counsel, moves to extend the close of discovery, and all associated deadlines, by four weeks.  This additional time is required to complete the depositions of Plaintiff's expert witness.  Discovery was previously extended to accomplish this deposition and that of the plaintiff, which did occur as schedule on October 26.  However, the second depositon, which was originally scheduled for October 30, then rescheduled for November 15, has been rescheduled for December 1, 2006.  The current deadline for the close of discovery is November 10, 2006.  Hence, it is necessary to extend discovery to finish this deposition.

The undersigned has discussed this motion with Plaintiff's counsel; Ms. Power indicated that she did not oppose this request.

If this motion is granted, the new date for the close of discovery would be December 8, 2006.  Dispositive and discovery motions would be due January 8, 2007.

Respectfully submitted this 6th day of November, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031


**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that
on November 6, 2006 a true and correct
copy of the foregoing UNOPPOSED MOTION
TO EXTEND DISCOVERY DEADLINES
was served electronically on Michelle Power.


s/ Richard L. Pomeroy