IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,              Plaintiff,      v.      UNITED STATES OF AMERICA,              Defendant. | ) ) ) ) ) ) ) ) ) ) )    Case No. 3:05-cv-00249-RRB  **[PROPOSED] ORDER** |

The parties' motion for an extension of time, until December 8, 2006, for the parties to complete discovery in this case is hereby GRANTED.  Dispositive and discovery motions will be due January 8, 2006

_____       _____
Date:       Ralph. R. Beistline
United States District Court Judge