NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEO UNIN, | ) | Case No. 3:05-cv-00249-RRB |
| | ) | |
| Plaintiff, | ) | **CERTIFICATION OF READINESS** |
| | ) | **FOR TRIAL** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     In compliance with this Court's Order and Local Rule 40.3, the parties have conferred and certify that:

    a)    Discovery is complete.  The parties will update disclosures, as necessary;

    b)    There do not appear to be legal issues that are appropriate for resolution by motion before trial.

    c)    Settlement has not been seriously explored to date.  The parties will, if they

believe it will facilitate the process, request a settlement conference, but the parties do not feel that a settlement conference is necessary at this time.

d)   The parties are suggest the following trial dates:

>    week of December 3, 2007
>
>    week of December 10, 2007
>
>    Trial is anticipated to take 2-3 days.

Respectfully submitted this 6th day of June, 2007, in Anchorage, Alaska.

>    NELSON P. COHEN
>    United States Attorney
>
>    s/Richard L. Pomeroy
>    Assistant U.S. Attorney
>    222 West 7th Ave., #9, Rm. 253
>    Anchorage, AK 99513-7567
>    Phone: (907) 271-5071
>    Fax: (907) 271-2344
>    E-mail: richard.pomeroy@usdoj.gov
>    Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that
on June 6, 2007 a true and correct
copy of the foregoing **Certification of Readiness
for Trial** was served electronically on Michelle Power.

s/ Richard L. Pomeroy

Unin v. USA
Case No. 3:05-cv-00249-RRB            2