MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEO UNIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case A05-249CV |
| vs. | ) | No.   (RRB) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | PLAINTIFF'S UNOPPOSED |
| Defendant. | ) | MOTION FOR LEAVE TO |
| | ) | ENGAGE IN ALTERNATIVE |
| | ) | TRIAL EXHIBIT REVIEW |
| | ) | |

Plaintiff, through counsel, Power and Brown, L.L.C., respectfully requests that this court enter an order granting the parties leave to engage in alternative trial exhibit review.

Pursuant to this Court's June 11, 2007 Pretrial Order and Local Civil Rule 39.3, the parties must meet with a deputy clerk to review trial exhibits on or before November 6, 2007.  If Plaintiff's counsel is required to appear in person at the trial exhibit review, current flight schedules would require her to spend a full day away from her busy practice, regardless of the length of the review.  Additionally,

attendance at the exhibit review would be cost prohibitive.  Mr. Unin does not

have the financial resources to pay for the undersigned's travel expenses, which at

a minimum would total $441.80.  See Exhibit 1.

According to the case manager assigned to this matter, it is not possible for

the undersigned to appear telephonically at an exhibit review.  Therefore, the

undersigned requests an exemption from Local Civil Rule 39.3's requirement that

the deputy clerk be present at the trial exhibit review.  Instead, plaintiff requests

that the parties be permitted to independently schedule and hold the trial exhibit

review, without the participation of the deputy clerk, while adhering to all other

requirements of Local Civil Rule 39.3.

The undersigned certifies that on October 30, 2007, she spoke with a

representative of Mr. Pomeroy's office who indicated that he does not oppose this

motion.

RESPECTFULLY SUBMITTED this 30th day of October, 2007, at Bethel,

Alaska.

POWER AND BROWN, LLC
Attorneys for Plaintiff

s/Michele Power
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
Alaska Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 30th day of
October, 2007, a copy of this document was
served electronically on the person(s) listed below:

Richard L. Pomeroy
Richard.Pomeroy@usdoj.gov

By:  s/Sarah Dronenburg