**Alaska Airlines / Horizon Air**

En Español
My Account | My Trips | Sign In

Reservations ▼  Deals ▼  Day of Flight ▼  Destinations ▼  Mileage Plan ▼  More... ▼

Air Fares   Hotel Rooms   Car Rentals   Vacation Packages   Schedules   Electronic Timetables   Route Map   Show All...

SEARCH  SELECT  REVIEW  TRAVELERS  SEATS  RESERVE  CONFIRMATION

| Fares Selected | |
|---|---|
| Departing Flight: | |
| | $215.00 |
| Return Flight: | |
| | $215.00 |
| Taxes & Fees: | $11.80 |
| Total for 1: | $441.80 |

## Available Flights
All fares are quoted in U.S. dollars and are per person, one way, and subject to change without notice until held or purchased.

About the new fare display

Change Search
Clear All Selections

### ❶ Select Departing Flight or view Complete Roundtrips only

From: Bethel (BET) To: Anchorage (ANC) on Tue, Nov 6

Sort flights by: ● Number of Stops ○ Departure ○ Arrival ○ Price      Flights Displayed: Selected Flight

| Operated by | Flight | Departs | Arrives | Stops & Details | Hot Deals | Bargain | Value | Full Flex | First Class | Partner Fares |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | AS42 | 9:36 am | 10:46 am | 0 | | | $215.00 ● | $265.00 ○ | | |
| View seat map | | | | Total Duration: 1 hr 10 min | | | | | | |

Use our (Currency Converter) to estimate the exchange rate on a fare.

### ❷ Select Return Flight or view Complete Roundtrips only

From: Anchorage (ANC) To: Bethel (BET) on Tue, Nov 6

Sort flights by: ● Number of Stops ○ Departure ○ Arrival ○ Price      Flights Displayed: Selected Flight

| Operated by | Flight | Departs | Arrives | Stops & Details | Hot Deals | Bargain | Value | Full Flex | First Class | Partner Fares |
|---|---|---|---|---|---|---|---|---|---|---|
| Alaska | AS45 | 6:46 pm | 8:04 pm | 0 | | | $215.00 ● | $265.00 ○ | | |
| View seat map | | | | Total Duration: 1 hr 18 min | | | | | | |

Use our (Currency Converter) to estimate the exchange rate on a fare.

Change Search
Clear All Selections

Alaska Flight operated by Alaska Airlines

[ CONTINUE ]

All fares are quoted in U.S. dollars and are per person, one way, and subject to change without notice until held or purchased. The final price may differ from the price shown on this page due to a real-time fare change or other mandatory recalculation.

Need assistance?
Customer Care Chat
Customer Care by Phone
Other Help Options

Form Name: UCMatrixAvail

EASYBIZ · TRAVEL AGENTS · CARGO · AFFILIATES · NEWSLETTER · CAREERS
Site Map | Company Info | Contact Us | Help | Copyright | **Privacy Policy**

Q6

Exhibit ___1___
Page ___1___ of ___1___