MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,  )<br> )<br>   Plaintiff,  )<br> )<br>   vs.  )<br> )<br>UNITED STATES OF AMERICA,  )<br> )<br>   Defendant.  )<br> )<br> )<br>_____ ) | Case A05-249CV<br>No.   (RRB)<br><br>[PROPOSED] <u>ORDER GRANTING<br>PLAINTIFF'S UNOPPOSED<br>MOTION FOR LEAVE TO<br>ENGAGE IN ALTERNATIVE<br>TRIAL EXHIBIT REVIEW</u> |

This matter having come before the court on Plaintiff's Motion, and the Court having been duly advised,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to Engage in Alternative Trial Exhibit Review is GRANTED.  Counsel may complete an independent trial exhibit review without the participation of the deputy clerk.  Pursuant to the Pretrial Order, the review shall be held on or before November 6, 2007.  Counsel shall comply with all other provisions of Local Civil Rule 39.3.

DATED: _____            _____
                                                                        RALPH R. BEISTLINE
                                                                        UNITED STATES DISTRICT JUDGE