MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case A05-249CV<br>No.   (RRB)<br><br>PLAINTIFF'S UNOPPOSED<br>MOTION FOR TELEPHONIC<br>PARTICIPATION BY<br>DR. HAROLD NEMETZ |

Plaintiff, through counsel, Power and Brown, L.L.C., respectfully requests authorization for Dr. Harold Nemetz to participate telephonically at trial in this matter.

Pursuant to Rule 43 of the Federal Rules of Civil Procedure and Local Civil Rule 7.3, the Court may permit witnesses to testify telephonically for good cause shown. Dr. Nemetz practices in Crescent City, California. If Dr. Nemetz is required to appear personally before the court to present his expert testimony at trial, his travel fees and expenses would total at a minimum several thousand

- 2 -

dollars.  Mr. Unin does not have the financial resources to pay for Dr. Nemetz's travel fees and expenses.

The undersigned certifies that on October 30, 2007, she conferred with Mr. Pomeroy, and he indicated that he does not oppose this motion.

For the foregoing reasons, the undersigned respectfully requests that the Court permit Dr. Nemetz to present his expert testimony at trial telephonically.

RESPECTFULLY SUBMITTED this 31st day of October, 2007, at Bethel, Alaska.

POWER AND BROWN, LLC
Attorneys for Plaintiff

s/Michele Power
P.O. Box 1809
Bethel, Alaska 99559
Phone: (907) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
Alaska Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 31st day of
October, 2007, a copy of this document was
served electronically on the person(s) listed below:

Richard L. Pomeroy
Richard.Pomeroy@usdoj.gov

By:  s/Sarah Dronenburg