MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case A05-249CV |
| vs. ) | No.   (RRB) |
| ) | |
| UNITED STATES OF AMERICA, ) | [PROPOSED] ORDER GRANTING |
| ) | PLAINTIFF'S UNOPPOSED |
| Defendant. ) | MOTION FOR TELEPHONIC |
| ) | PARTICIPATION BY |
| ) | DR. HAROLD NEMETZ |
| ) | |
| _____) | |

This matter having come before the court on Plaintiff's Motion, and the Court having been duly advised,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Telephonic Participation by Dr. Harold Nemetz is GRANTED. Dr. Harold Nemetz may present his expert testimony at trial telephonically. Plaintiff shall bear the costs of the telephone call and shall contact the court's case management clerk at least two (2) days prior to the trial for further instruction.

DATED: _____        _____
                                       RALPH R. BEISTLINE
                                       UNITED STATES DISTRICT JUDGE