# PLAINTIFF'S DAMAGES

A.  NON-ECONOMIC DAMAGES:

| PAST DAMAGES | HOURLY VALUE | NUMBER OF HRS./DAY | NUMBER OF DAYS[1] | TOTAL VALUE |
|---|---|---|---|---|
| Pain and Suffering | $3.00 | 16 | 1,343 | $42,976 |
| Inconvenience | $.50 | 16 | 1,343 | $10,744 |
| Loss of Enjoyment of Life | $.50 | 16 | 1,343 | $10,744 |
| Emotional Distress | $1.00 | 16 | 1,343 | $20,145 |
|  |  |  |  |  |
|  |  |  | TOTAL | **$84,609** |

B.  ECONOMIC DAMAGES:

  **NONE.**

---

[1] 2005 = 275 Days; 2005 = 365 Days; 2006 = 365 Days; 2007 = 338 Days.