MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,  )<br>  )<br>          Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>UNITED STATES OF AMERICA,  )<br>  )<br>          Defendant.  )<br>  )<br>_____  ) | Case A05-249CV<br>No.  (RRB)<br><br><br><br><br><br>**PLAINTIFF'S**<br>**DEPOSITION DESIGNATION** |

    Plaintiff Leo Unin, through counsel Power and Brown, LLC, pursuant to the court's Pretrial Order submits his deposition designation as follows:

- Deposition of Harold Nemetz, DDS – Entire deposition; and

- Deposition of Leo D. Unin - Entire deposition.

    DATED this 13th day of November, 2007, at Bethel, Alaska.

                                                   /s/ Michele Power
                                                 Power and Brown, LLC
                                                 P.O. Box 1809
                                                 Bethel, Alaska 99559
                                                 Phone: (909) 543-4700
                                                 Fax: (907) 543-3777
                                                 E-mail: admin@powerbrown.com
                                                 Alaska Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 13th day of November, 2007, a copy of this document was served electronically on:

Richard Pomeroy
Richard.Pomeroy@usdoj.gov

By:   /s/ Sarah Dronenburg