NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> ) | Case No. 3:05-cv-00249-RRB <br><br> **UNITED STATES' MOTION ON SHORTENED TIME** <br><br> **MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S TRIAL BRIEF AND TRIAL WITNESS AND EXHIBIT LISTS** |

Defendant, through counsel, **on shorted time**, moves for an extension of time until Monday November 19, 2007, to file Defendant's Trial Brief and Trial Witness List and Exhibit List. This additional time is requested due to the illness

of Defendant's assigned counsel, Assistant U.S. Attorney Richard Pomeroy. Mr. Pomeroy was ill and out of work on November 13, 2007 and November 14, 2007 and was not able to complete and file these pretrial documents. The scheduled date for filing these documents was November 13, 2007. Defendant requests an extension of time, until November 19, 2007, to allow counsel time to finalize and file Defendant's Trial Brief and Trial Witness and Exhibit Lists. This relatively brief extension of time will not delay the scheduled trial date, December 3, 2007, and should not cause any undue burden or prejudice to Plaintiff. This motion is supported by the attached Declaration of Assistant U.S. Attorney Gary M. Guarino.

Respectfully submitted this 14th day of November, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Gary Guarino for Richard Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Unin v. USA
Case No. 3:05-cv-00249-RRB                2

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that on November 14, 2007 a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME TO FILE DEFENDANT'S TRIAL BRIEF AND TRIAL WITNESS AND EXHIBIT LIST** was served electronically on Michelle Power.


s/ Gary Guarino for Richard L. Pomeroy