IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | Case No. 3:05-cv-00249-RRB |
| Plaintiff, ) | |
| ) | **[PROPOSED] ORDER** |
| v. ) | |
| ) | *FILED ON SHORTENED TIME* |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The Defendant's motion for an extension of time, until November 19, 2007, to file Defendant's Trial Brief, Final Exhibit List, and Final Witness List in this case is hereby GRANTED.

Date: _____

Ralph. R. Beistline
United States District Court Judge