NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | Case No. 3:05-cv-00249-RRB |
| Plaintiff, ) | |
| ) | **DECLARATION OF COUNSEL** |
| v. ) | **IN SUPPORT OF MOTION OF** |
| ) | **EXTENSION OF TIME** |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Gary M. Guarino, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an Assistant U.S. Attorney and Chief of the Civil Division in the

U.S. Attorney's Office for the District of Alaska.

2. Assistant U.S. Attorney Richard Pomeroy has been the attorney assigned to represent the Defendant in this action. AUSA Pomeroy has been primarily responsible for handling the discovery and for preparing the final pretrial pleadings in this litigation. AUSA Pomeroy is the attorney who is familiar with the defenses, witnesses, and exhibits that will be presented by Defendant at trial.

3. AUSA Pomeroy was ill and absent from the office on November 13, 2007 and November 14, 2007. As a result, AUSA Pomeroy was not able to finalize and file the Defendant's Trial Brief and Trial Witness and Exhibit Lists. Given AUSA Pomeroy's role as trial counsel and his knowledge regarding the Defendant's defenses and trial strategy in this case, he is the attorney who should prepare Defendant's Trial Brief and Trial Witness and Exhibit Lists.

4. On behalf of the Defendant, undersigned counsel respectfully requests that the Court grant the Defendant's motion for an extension of time until November 19, 2007 to file Defendant's Trial Brief, Trial Witness List, and Trial Exhibit List.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Unin v. USA
Case No. 3:05-cv-00249-RRB                2

Executed on November 14, 2007, in Anchorage, Alaska.

*signature*

GARY M. GUARINO
Assistant U.S. Attorney
U.S. Attorney's Office
District of Alaska
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-4264
Fax: (907) 271-2344
E-mail: gary.guarino@usdoj.gov
AK #8209092

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that on November 14, 2007 a true and correct copy of the foregoing **DECLARATION OF COUNSEL IN SUPPORT OF MOTION OF EXTENSION OF TIME** was served electronically on Michelle Power.

s/ Richard L. Pomeroy

Unin v. USA
Case No. 3:05-cv-00249-RRB                 3