MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case A05-249CV |
| vs. ) | No.  (RRB) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | PLAINTIFF'S UNOPPOSED |
| Defendant. ) | MOTION FOR TELEPHONIC |
| ) | PARTICIPATION OF |
| ) | OUT OF TOWN WITNESSES |
| ) | |
| _____ ) | |

Plaintiff, through counsel, Power and Brown, L.L.C., respectfully requests authorization for out of town witnesses to participate telephonically at trial in this matter.

Pursuant to Rule 43 of the Federal Rules of Civil Procedure and Local Civil Rule 7.3, the Court may permit witnesses to testify telephonically for good cause shown.  Mr. Unin intends to call treating physicians to testify at trial in this matter, as designated in his Trial Witness List (Document 25).  Of those designated, two health care providers reside outside of Anchorage: Everett Cupino, RN, of Bethel;

and Jodi Hatt, RN III, of Kenai. If Mr. Cupino and Ms. Hatt are required to appear personally before the court to present testimony at trial, their travel expenses would total at least $600. Mr. Unin does not have the financial resources to pay for their travel expenses. Additionally, requiring Mr. Cupino and Ms. Hatt to travel to Anchorage to testify personally would likely result in great inconvenience to both witnesses.

The undersigned certifies that on November 15, 2007, she conferred with Mr. Pomeroy, and he indicated that he does not oppose this motion.

For the foregoing reasons, the undersigned respectfully requests that the Court permit Mr. Cupino and Ms. Hatt to testify telephonically at trial.

RESPECTFULLY SUBMITTED this 15th day of November, 2007, at Bethel, Alaska.

        POWER AND BROWN, LLC
        Attorneys for Plaintiff

        s/Michele Power
        P.O. Box 1809
        Bethel, Alaska 99559
        Phone: (907) 543-4700
        Fax: (907) 543-3777
        E-mail: admin@powerbrown.com
        Alaska Bar No. 9510047

- 3 -

CERTIFICATE OF SERVICE

This is to certify that on the 15th day of
November, 2007, a copy of this document was
served electronically on the person(s) listed below:

Richard L. Pomeroy
Richard.Pomeroy@usdoj.gov

By: <u>s/Sarah Dronenburg</u>