MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>)<br>)<br>)<br>_____ ) | Case A05-249CV<br>No. (RRB)<br><br>████████ ORDER GRANTING<br>PLAINTIFF'S UNOPPOSED<br>MOTION FOR TELEPHONIC<br>PARTICIPATION OF<br>OUT OF TOWN WITNESSES |

This matter having come before the court on Plaintiff's Motion, and the Court having been duly advised,

IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Telephonic Participation of out of town witnesses is GRANTED. Everett Cupino, RN and Jodi Hatt, RN III may testify telephonically at trial in this matter. Plaintiff shall bear the costs of the telephone calls and shall contact the court's case management clerk at least two (2) days prior to the trial for further instruction.

DATED: 11/16/07

RALPH R. BEISTLINE
UNITED STATES DISTRICT JUDGE