NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| LEO UNIN, | |
|---|---|
| Plaintiff, | Case No. 3:05-cv-00249-RRB |
| v. | **DEFENDANT'S TRIAL EXHIBIT LIST** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Defendant, United States of America, by and through counsel, submits its list of exhibits to be introduced at trial in the above-captioned matter:

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| A | Dr. Lombrano's treatment notes, March 31, 2004 | X | | |
| B | 2004 State of Alaska Department of Corrections Treatment Notes of Plaintiff | X | | |
| C | C.V. of Philip Worthington, D.D.S. | X | | |

| EXH # | DESCRIPTION | IDEN | ADM | OBJ |
|---|---|---|---|---|
| D | Deposition of Leo Unin | X | | |
| E | Deposition of Harold Nemetz, DDS | X | | |

Respectfully submitted this 19th day of November, 2007, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2007,
a copy of the foregoing DEFENDANT'S
TRIAL EXHIBIT LIST  was served
electronically on Michele Power.

s/ Richard L. Pomeroy