```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

 LEO UNIN                              vs.   UNITED STATES OF AMERICA

BEFORE THE HONORABLE   RALPH R. BEISTLINE
CASE NO.  3:05-cv-00249-RRB

DEPUTY CLERK/RECORDER:          APRIL KARPER

APPEARANCES:    PLAINTIFF:    MICHELE POWER - TELEPHONIC

                DEFENDANT:    RICHARD POMEROY

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE HELD NOVEMBER 20, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:36 a.m. court convened.

Court and counsel heard re objections to plaintiff's trial exhibits and witnesses.

Court and counsel heard re defendant's unopposed oral motion to continue Bench Trial to explore new discovery; **GRANTED**. Bench Trial previously set for December 3, 2007 at 8:30 a.m. is **VACATED**.

Court and counsel heard re settlement conference; court informed parties he would confer with U.S. District Judge Timothy M. Burgess re setting a settlement conference and issuing a settlement order. Court informed parties that if after the settlement conference the case is not resolved the Bench Trial will then be reset.

At 10:53 a.m. court adjourned.

DATE:      November 20, 2007       DEPUTY CLERK'S INITIALS:   amk

Revised 6/18/07