NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov

Attorney for Defendant



RECEIVED JAN 0 8 2008 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:05-cv-00249-RRB <br><br> SUBMISSION OF ALTERNATIVE DATES FOR SETTLEMENT CONFERENCE |

    The undersigned is not available to participate in the settlement conference at the time set at Docket 40. The undersigned will be out of the district at the National Advocacy Center. Accordingly, the undersigned has contacted opposing

counsel in order to determine alternative dates. The parties are available on

January 23, January 24 or February 8, 2008.

Respectfully submitted this 8th day of January, 2008, in Anchorage, Alaska.

                        NELSON P. COHEN
                        United States Attorney

                        *Richard L. Pomeroy* (signature)
                        Richard L. Pomeroy
                        Assistant U.S. Attorney
                        222 West 7th Ave., #9, Rm. 253
                        Anchorage, AK 99513-7567
                        Phone: (907) 271-5071
                        Fax: (907) 271-2344
                        E-mail: richard.pomeroy@usdoj.gov