NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:05-cv-00249-RRB <br><br> SUBMISSION OF ALTERNATIVE DATES FOR SETTLEMENT CONFERENCE |

In response to this Court's Order at Docket 42, the parties have conferred and are available on February 15, 2008.

Respectfully submitted this 10th day of January, 2008, in Anchorage, Alaska.

                                                  NELSON P. COHEN
                                                  United States Attorney


                                                  <u>Richard L. Pomeroy</u>
                                                  Assistant U.S. Attorney
                                                  222 West 7th Ave., #9, Rm. 253
                                                  Anchorage, AK 99513-7567
                                                  Phone: (907) 271-5071
                                                  Fax: (907) 271-2344
                                                  E-mail: richard.pomeroy@usdoj.gov