MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

LEO UNIN    vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE

CASE NO. 3:05-CV-00249-RRB

DEPUTY CLERK/RECORDER:    SAMANTHA LARK

APPEARANCES:   PLAINTIFF:  MICHELE L. POWER - TELEPHONIC

               DEFENDANT:  RICHARD L. POMEROY

PROCEEDINGS: TRIAL SCHEDULING CONFERENCE  HELD 03/06/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:35 a.m. court convened.

Court and counsel heard re trial status, length of trial, available dates for trial, witnesses and trial briefs.

Court and counsel heard regarding parties withdrawn objections to exhibits and re-opening discovery.

Court and counsel heard re plaintiff's unopposed Oral Motion to allow telephonic participation of out of town witnesses; GRANTED.

Final Pretrial Conference set **April 10, 2008 at 11:00 a.m.**

Trial by Court set **April 21, 2008 at 8:30 a.m.**

At 10:48 a.m. court adjourned.

DATE: March 6, 2008            DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07