MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. A05-249 CV (RRB) |
| vs. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | **AMENDMENT** |
| Defendant. ) | **TO EXHIBIT 1 OF** |
| ) | **PLAINTIFF'S** |
| ) | **TRIAL BRIEF** |

Plaintiff, LEO UNIN, by and through counsel, Power and Brown, LLC, hereby submits an updated amended to Exhibit 1 of his trial brief as set forth below.

**Page 8, (4) [B]: a spreadsheet or itemized list of relief requested, including anticipated dollar amounts where applicable;**

*See* updated, amended spreadsheet attached as Exhibit 1.

DATED this 2nd day of April, 2008, at Bethel, Alaska.

/s/ Michele L. Power
Power and Brown, LLC
P.O. Box 1809
Bethel, Alaska 99559
Phone: (909) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
Alaska Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of April, 2008, a copy of this document was served electronically on:

Richard Pomeroy:
Richard.Pomeroy@usdoj.gov

By:   /s/ Sarah Dronenburg