# PLAINTIFF'S DAMAGES

A.  **NON-ECONOMIC DAMAGES:**

| PAST DAMAGES | HOURLY VALUE | NUMBER OF HRS./DAY | NUMBER OF DAYS[1] | TOTAL VALUE |
|---|---|---|---|---|
| Pain and Suffering | $3.00 | 16 | 1,481 | $71,088 |
| Inconvenience | $.50 | 16 | 1,481 | $11,848 |
| Loss of Enjoyment of Life | $.50 | 16 | 1,481 | $11,848 |
| Emotional Distress | $1.00 | 16 | 1,481 | $23,696 |
|  |  |  |  |  |
|  |  |  | **TOTAL** | **$118,480** |

B.  **ECONOMIC DAMAGES:**

   **NONE.**

---

[1] 2004 = 275 Days; 2005 = 365 Days; 2006 = 365 Days; 2007 = 365 Days; 2008 = 112.