MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,<br><br>        Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case A05-249CV<br>No.  (RRB)<br><br><br><br>**PLAINTIFF'S AMENDED**<br>**DEPOSITION DESIGNATION** |

Plaintiff Leo Unin, through counsel Power and Brown, LLC, pursuant to the court's Pretrial Order submits his amended deposition designation as follows:

- Deposition of Dr. Harold Nemetz – Entire deposition;
- Perpetuation Deposition of Dr. Harold Nemetz – Entire audio tape of deposition;
- Deposition of Leo D. Unin - Entire deposition;
- Perpetuation Deposition of Leo D. Unin – Entire videotape of deposition;
- Perpetuation Deposition of Jody Hatt – Entire audio tape of deposition;
- Perpetuation Deposition of Bonnie Dansby – Entire videotape of deposition;
- Perpetuation Deposition of Chris McMichael – Entire audio tape of deposition;
- Perpetuation Deposition of Dr. Mark S. O. Hoss – Entire audio tape of deposition;
- Perpetuation Deposition of Dr. Geraldine Morrow – Entire videotape of deposition; and
- Perpetuation Deposition of Everett Cupino – Entire videotape of deposition.

DATED this 2nd day of April, 2008, at Bethel, Alaska.

/s/ Michele Power
Power and Brown, LLC
P.O. Box 1809
Bethel, Alaska 99559
Phone: (909) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
Alaska Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 2nd day of April, 2008, a copy of this document was served electronically on:

Richard Pomeroy
Richard.Pomeroy@usdoj.gov

By:   /s/ Sarah Dronenburg