MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case A05-249CV |
| vs. ) | No.   (RRB) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | PLAINTIFF'S NOTICE |
| Defendant. ) | OF INTENT TO USE DEPS |
| ) | |

  Plaintiff, through counsel, Power and Brown, L.L.C., and pursuant to Local Rule 39.3(c) gives notice that he intends to utilize the Digital Evidence Presentation System (DEPS) during trial in this matter, which is scheduled to commence on April 21, 2008 at 8:30 am at the U.S. District Court in Anchorage, Courtroom 2.

  The undersigned certifies that she has arranged to attend a DEPS training session with U.S. District Court staff prior to trial.

  RESPECTFULLY SUBMITTED this 7th day of April, 2008, at Bethel, Alaska.

- 2 -

        POWER AND BROWN, LLC
        Attorneys for Plaintiff

        s/Michele Power
        P.O. Box 1809
        Bethel, Alaska 99559
        Phone: (907) 543-4700
        Fax: (907) 543-3777
        E-mail: admin@powerbrown.com
        Alaska Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 7th day of
April, 2007, a copy of this document was
served electronically on the person(s) listed below:

Richard L. Pomeroy
Richard.Pomeroy@usdoj.gov

By:  s/Sarah Dronenburg