MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case A05-249CV |
| vs. ) | No.  (RRB) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | **PLAINTIFF'S AMENDED** |
| ) | **TRIAL WITNESS LIST** |
| ) | |

     Plaintiff Leo Unin, through counsel Power and Brown, LLC, pursuant to this Court's

Pretrial Order dated June 11, 2007, submits his trial witness list:

1.   **Leo Unin**
     c/o Power and Brown, LLC
     P.O. Box 1809
     Bethel, Alaska 99559
     907-543-4700

     Mr. Unin is expected to testify that on March 31, 2004, he was treated for pain in his left upper quadrant by Dr. Jennifer Lombrano at the Yukon Kuskokwim Health Corporation (YKHC) dental clinic. He will testify that she decided to pull tooth #15, but had difficulty getting the tooth out.   She pulled and pried the tooth. Eventually, Dr. Lombrano used a drill to break the tooth apart, and it came out in two pieces. During the procedure, Dr. Lombrano perforated Mr. Unin's sinus cavity although she did not advise him of it.

Mr. Unin will testify that when he awoke on April 1, 2004, he was in a great deal of pain. The pain continued for several days. Days after the perforation, health care providers at his correctional facility found that the extraction site had become infected and prescribed an antibiotic.

Mr. Unin will testify that he has since learned that Dr. Lombrano packed the extraction site with gelfoam. He will testify that Dr. Lombrano did not give him any instructions about what to do or what not to do, that he did not push on the extraction site and that he did not suck air in or out of the site.

Mr. Unin will testify that he suffered left facial, left eye, left neck and left chest pain as a result of the sinus cavity exposure. That the pain would come and go, that the pain would come three to five times a day, that it would last four or five hours, that it would wake him when sleeping, and that pain medications provided only temporary relief.

Mr. Unin will testify that in 2006, he underwent oral surgery to remove bone fragments left in the extraction site of tooth #15, but that the oral surgery did not reduce his pain level.

Mr. Unin will testify that he underwent oral surgery a second time in August, 2007, and that two mucoceles were removed from his upper left sinus cavity and that since the surgery, he has experienced relief from the pain.

Mr. Unin will testify that because he was incarcerated, he could not obtain pain medications freely or distract himself from the pain. He believes that every hour of pain he experienced is worth $3.00. He will testify that he experienced about sixteen hours of pain each day for a period of three and one-half years. He is hopeful that as a result of the August, 2007, oral surgery, he will have no future pain and therefore, is making no claim for future damages.

2. **Everett Cupino, RN  [Telephonic]**
   Yukon-Kuskokwim Correctional Center
   Bethel, Alaska  99559

   Mr. Cupino is expected to testify that that YKCC's Prisoner Health Care Authorization form dated March 31, 2004, indicates that the surgical extraction of tooth #15 resulted in sinus exposure [Exhibit 2, YKHC 000123]; that Prisoner Health Care Authorization form dated September 27, 2006, showed that Mr. Unin received further treatment on September 27, 2006, and that x-rays showed a root tip remained above the site where tooth #15 was extracted [Exhibit 2, Pltf. 0120]; and that Prisoner Health Care Authorization form dated February 13, 2007, showed that he was treated for pain in his upper left quadrant. [Exhibit 2, Pltf. 0203].

   Mr. Cupino will testify that YKCC Criminal Remand Screening form dated April 19, 2005, showed that Mr. Unin suffered "intermittent" dental pain. [Exhibit 1, Pltf. 066,

067, 068]. And that YKCC's Medical Summary for Prisoner Transfer form dated July 8, 2005, showed that Mr. Unin was taking prescription drugs erythromycin and mylicon/simethicone and that he had no mental illness. [Exhibit 1, Pltf. 064].

Mr. Cupino will also testify regarding Mr. Unin's complaints of pain, and the antibiotics and pain medications prescribed to Mr. Unin while he was incarcerated at YKCC. [Exhibits 6, 7, 8 9 and 10].

3. **Bonnie Dansby, Nurse Practitioner**
   Anchorage Correctional Complex
   Anchorage, Alaska  99508

   Ms. Dansby is expected to testify that ACCE's Medical Summary for Prisoner Transfer dated July 12, 2005, showed that Mr. Unin had no mental illness. [Exhibit 1, Pltf. 063]. That ACCE's Criminal Remand Screening form dated 01/23/06, showed that Mr. Unin was suffering left sinus pain. [Exhibit 1, Pltf. 060,061,62]. That ACCE's Medical Summary for Prisoner Transfer form dated February 10, 2006, showed that Mr. Unin's mental health was stable. That ACCE's Criminal Remand Screening dated 01/25/06 showed that Mr. Unin had oral surgery on 01/23/06 and that he was prescribed vicodin for the pain. [Exhibit 1, Pltf. 056] That ACCE's Criminal Remand Screening form dated 04/07/06 showed that Mr. Unin was taking vicodin for pain. [Exhibit 1, Pltf. 55].

   Ms. Dansby will testify regarding ACCE's Health Care Progress Notes that show that Mr. Unin complained of pain in his left upper quadrant repeatedly and that health care providers thought his pain was psychosomatic or that he was malingering. [Exhibit 4].

   Ms. Dansby will also testify regarding Mr. Unin's complaints of pain and the antibiotics and pain medications prescribed to Mr. Unin while he was incarcerated at Anchorage Correctional Complex. [Exhibits 6, 7, 8, 9 and 10].

4. **Dr. Geraldine Morrow, DMD**
   Anchorage Correctional Complex
   Anchorage, Alaska  99508

   Dr. Morrow is expected to testify regarding Mr. Unin's dental treatment while incarcerated beginning March 31, 2004 to the present. [Exhibits 3, 12, 13 and 14].

5. **Dr. Mark S. O. Hoss**
   Optometry Clinic
   Alaska Native Medical Center
   Anchorage, Alaska

   Dr. Hoss is expected to testify that on January 17, 2006, he performed an eye examination on Mr. Unin in response to Mr. Unin's complaints of left dental pain and left eye pain. [Exhibit 13, Pltf. 0253].

6. **Chris McMichael, MSCP MHCIII**
   Mental Health Telepsychiatry Services
   Anchorage, Alaska

   Mr. McMichael is expected to testify regarding a mental health evaluation performed on Mr. Unin on 04/26/07 wherein he found Mr. Unin to be mentally stable but with dental pain issues. [Exhibit 11].

7. **Dr. Harold Nemetz (Expert) [Telephonic]**

   Dr. Nemetz is expected to offer testify related to the standard of care in this matter and Dr. Lombrano's failure to provide Mr. Unin treatment that met the standard of care. He will testify that a dentist, performing professional services for a patient, owes the patient the following duties of care:
   1. The duty to have that degree of learning and skill ordinarily possessed by reputable dentists, practicing in the same or a similar locality and under similar circumstances;
   2. The duty to use the care and skill ordinarily exercised in like cases by reputable members of the profession practicing in the same or in a similar locality under similar circumstances; and
   3. The duty to use reasonable diligence and her best judgment in the exercise of skill and the application of learning.

   Dr. Nemetz will testify that a breach of any of these duties of care constitutes treatment below the standard of care for a dentist.

   Dr. Nemetz will testify that the roots of the upper back teeth are in close proximity to the maxillary sinus and that when there is an obvious perforation of the sinus, as in this case, there is a definite protocol that should be followed. He will testify that the tooth socket should be packed with gelfoam and sutured so that the packing remains during the healing/closing of the perforation; that an antibiotic should be prescribed; and a follow-up appointment should be made to remove the sutures and to confirm that the sinus is closed.

   DATED this 10th day of April, 2008, at Bethel, Alaska.

   /s/ Michele L. Power
   Power and Brown, LLC
   P.O. Box 1809
   Bethel, Alaska 99559
   Phone: (909) 543-4700
   Fax: (907) 543-3777
   E-mail: admin@powerbrown.com
   Alaska Bar No. 9510047

CERTIFICATE OF SERVICE

This is to certify that on the 10th day of April, 2008, a copy of this document was served electronically on:

Richard Pomeroy
Richard.Pomeroy@usdoj.gov

By:  /s/ Sarah Dronenburg