*PROFESSIONAL CURRICULUM VITAE*

**HAROLD NEMETZ**
**B.Sc., D.D.S., A.M.Ed.**

*January, 2005*

## PERSONAL INFORMATION

| | |
|---|---|
| Telephone Number | 707. 465.1452 |
| Fax Number | 707. 465.1453 |
| Web Site | www.DentistryExpert.com |
| E-mail | DentistryExpert@charter.net |
| Mailing Address | P.O. Box 328 |
| | Crescent City, California 95531 |

## PROFESSIONAL INFORMATION

| | |
|---|---|
| 2005, September – Present | UCSF –School of Dentistry<br>Dept. Preventive & Restorative<br>Dental Sciences - Assist. Prof. |
| 2002, September – Present | Dental Clinic<br>Del Norte Community Health Center<br>200 "A" Street<br>Crescent City, California 95531<br>Telephone 707.465.4636<br>FAX 707.465.6070 |
| 1997 – Present | Succor Consulting, LLC<br>P.O. Box 328<br>Crescent City, California 95531 |
| 1997 – 2002 | Dental Clinic<br>Coppertower Family Medical Center<br>240 No. Cloverdale Blvd.<br>Cloverdale, California 95425<br>Telephone 707.894.2094 |
| 1964 - 1996 | Private Practice<br>**Harold Nemetz, DDS, AMEd**<br>**Distinctive Dental Services**<br>138 Town & Country<br>777 North Main Street<br>Orange, California 92668 |

Loma Linda, California

Page 3
Curriculum Vitae
Harold Nemetz

| | |
|---|---|
| 1974 - 1983 | Clinical Associate Professor of Advanced Prosthodontics<br>(Advanced Prosthodontic Education Residency Program)<br>University of Southern California<br>School of Dentistry<br>Los Angeles, California |
| | Director of Product Evaluation<br>University of Southern California<br>School of Dentistry<br>Los Angeles, California |
| 1971 - 1974 | Assistant Clinical<br>Professor, Restorative Dentistry<br>(Advanced Prosthodontic Education Residency Program))<br>University of Southern California<br>School of Dentistry<br>Los Angeles, California |

## CONSULTING SERVICES

Consultant to Dental Manufacturers and Companies in Regard to Design and Use of Dental Artifacts (USA, Canada, Germany, Japan)

Expert Witness and Consultant for Attorneys encompassing General and Prosthetic Dentistry for the Plaintiff and Defense

Expert Witness for Product Liability

Insurance Claim Reviewer

## PROFESSIONAL MEMBERSHIPS
Pierre Fauchard Academy (PFA)
Fellow American College of Dentists (FACD)
Fellow International College of Dentists (FICD)
Fellow Academy of General Dentistry (FAGD)
Southern California Academy of General Dentistry,
    President 1968 & 1969 (AGD)
American Academy of Crown and Bridge Prosthodontics (AAC&BP)
Pacific Coast Society of Prosthodontics (PCSP)
International Prosthodontic Congress (IPC)
Federation of Prosthodontic Organizations (FPO)
American Dental Association (ADA)
California State Dental Association (CDA)
Orange County Dental Society (OCDS)
Academy of Operative Dentistry (AOD)

International Association for Dental Research (IADR)
Alpha Omega Fraternity


Page 4
Curriculum Vitae
Harold Nemetz

## PUBLICATIONS

"Tissue Management in Fixed Prosthodontics", J.P.D., June 1974.

"Chemical Agents: Their Use in Gingival Retraction". Oral Health. August 1980

"Endodontic Reinforcement with Glass Ionomer Cement". LLU. March 1984

"Exposing the gingival margin: A systematic approach for the control of hemorrhage", J.P.D., May 1984.

"Review and Survey of Medicaments used with gingival retraction cord", J.P.D., April 1985.

"The efficiency of resin compatible cavity vanishes in reducing dentin permability to free monomer", J.P.D., February 1987.

"Bond strength of composite to metal mediated by metal promoters", J.P.D., July 1987.

"Contemporary Impression Materials For Cast Restorations", Oral Health, September 1988.

"Reversible Hydrocolloid: The Standard of Excellence", J.P.D., September 1988.

"A Comparison of the Shear Bond Strength Between Two Composite Resins and Two Etched Ceramic Materials", I.J.P. 1988.

"The Use of Chemical Agents in Gingival Retraction", General Dentistry, April 1990.

"Use of Chemical Agents in Gingival Retraction", Oral Health 80:23-28, August 1990.

"Effect of Eugenol on Parapost Retention Cemented with Panavia", IADR/AADR, April 1991.

"The Tilted Molar: A Prosthetic and Periodontal Dilemma", Oral Health, October 1991.

"Effect of Tray Space on the Accuracy of Monophasic Polyvinylsiloxane Impressions", J.P.D., July 1992.

"Effect of Corrugated Post-Space on the Retention of Posts", IADR/AADR, July 1992.

Page 5
Curriculum Vitae
Harold Nemetz

"A Guide to Successful Posting, Passively Placed Posts in corrugated Post Spaces", Oral Health, January 1994.

"Passive Post Placement Technique: Description of a Technique", Oral Health, April 1994.

"Shear Bond Strength of Composite Resins to Etched Castable Ceramic", I.A.D.R.

"Comparing the Bond Strengths of Resin Cements to Etched Glass Ceramic and Etched Porcelain".

"Cast Glass and Conventional Laminate Veneers", Microleakage Study.

## COURSES DEVELOPED AND PRESENTED

| | | |
|---|---|---|
| 1973 | C.E. Course | "Fixed Prosthodontics". Western Canada Dental Conference |
| | C.E. Course | "Fixed Prosthodontics". Victoria Dental Society |
| | C.E. Course | "Fixed Prosthodontics". Pacific Coast Society of Prosthodontics |
| 1974 | Lecture | Dental Radiology Class, Orange Coast College, Costa Mesa, CA. May 15 |
| | C.E. Course | "The Application of Newer Concepts in Fixed and Removable Prosthodontics". Part I. University of Southern California, June 22 |
| | C.E. Course | "Newer Concepts in Fixed and Removable Prosthodontics". Part II. University of Southern California. October 4 |
| 1974 | C.E. Course | "The Application of Newer Concepts in Fixed and Removable Prosthodontics". Part II. Academy of General Dentistry, University Southern California. October 26 |
| | Lecture | "Newer Concepts in Fixed and Removable |

*Southern California Dental*
*Laboratory Congress. November 15, 16*

Page 6
Curriculum Vitae
Harold Nemetz

## COURSES DEVELOPED AND PRESENTED (cont'd)

| | | |
|---|---|---|
| | C.E. Course | "Adult Orthodontics as related to Fixed Prosthodontics". Harold Nemetz and Lloyd Gaunt. Combined Dental Therapy Group. Santa Barbara, CA. November 26 |
| | C.E. Course | "Tissue Management in Fixed Prosthetic Dentistry." College of Dental Surgeons. Regina, Saskatchewan, January 16, 17 |
| | C.E. Course | "Utilization of the Specialist" Alpha Omega International |
| | Lecture | "Ceramometal Restorations" Jelenko |
| | Lecture | "Selection of a Periodontist" Wadsworth, V.A. |
| | Lecture | "Impression Techniques, Gingival Deflection, Provisional Restorations." Sepulveda, V.A. |
| | Lecture | "Endocrinology and Spectrographics". Multidiscipline Study Club |
| | Lecture | "Fixed Prosthodontics with Implants". Implant Society |
| 1976 | C.E. Course | "Fixed Prosthesis for Implants—where Does it Differ"? University of Southern California. Biannual Implant Seminar. January 21 |
| | C.E. Course | "Fixed Prosthodontics", Wisconsin Dental Association. January 25, 26 |
| 1976 | C.E. Course | Fixed Prosthodontics, College of Dental Surgeons of British Columbia. Victoria B.C. April 20-23 |

California Advanced Pros. Students". March 4 and onward

*Page 7*
*Curriculum Vitae*
*Harold Nemetz*

### COURSES DEVELOPED AND PRESENTED (cont'd)

| | | |
|---|---|---|
| 1977 | Essay | "New Concept in Fixed Partial Prosthesis, College of Dental Surgeons of B.C. Victoria, B.C.". April 20, 23 |
| | Essay | "Tissue Reflection for Cast Restorative Dentistry". Canadian Academy of Restorative Dentistry. Toronto, Canada. October 20, 21 |
| | Essay | "Tissue Reflection for Cast Restorative Dentistry". Federation Dentaire Internationale. Toronto, Ontario, Canada. October 22 |
| 1978 | C.E. Course | "Fixed Prosthodontics", Oklahoma Dental Association, Tulsa, Oklahoma. March 2 |
| 1979 | C.E. Course | "Simplified Crown and Bridge Procedures". Saskatchewan College of Dental Surgeons. June 6-10. Regina, Saskatchewan. June 6-10 |
| | C.E. Course | "Fixed Prosthodontics", International Dental Study Club. Toronto, Ontario, Canada. December 12 |
| 1980 | Seminar Series | "Fixed Prosthodontics; Advanced Prosthodontic Students". University of Southern California. June-December |
| 1982 | C.E. Course | "New and Basic Innovations in Crown and Bridge". Academy of General Dentistry, Toronto, Ontario, Canada. May 9 |
| 1982 | C.E. Course | "Update of Restorative Materials as Applied to Clinical Practice". Toronto Crown and Bridge Study Club. Toronto, Ontario, Canada. October 22, 23 |
| 1983 | C.E. Course | "Tissue Management and Impression making in Fixed Prosthodontics". University California, San Francisco. August 12 |
| | Essay | "Impression Materials", Alpha Omega Dental |

### COURSES DEVELOPED AND PRESENTED (cont'd)

| Year | Type | Description |
|------|------|-------------|
| 1984 | C.E. Course | "Fixed Prosthodontics". University of California., Stockton, CA. March 27 |
| | Essay | "The CO Laser in Dentistry" Pacific Coast Society of Prosthodontics. July |
| | Essay | "Endodontic reinforcement with Glass Ionomers". LLU Dental Newsletter. Jan/March 1984 |
| 1985 | Essay | "Exposing the Gingival Margin, a systematic approach for the Control of hemorrhage". International Academy of Gnathology |
| 1987 | C.E. Course | "Impression Technique update". Ontario Academy of General Dentistry. Toronto, Ontario, Canada. May 10-13 |
| | C.E. Course | "Impression Materials and Techniques, Hydrocolloid The standard of excellence, Mc Gill University, Montreal, Canada. September 18 |
| 1987 | Essay | "An Analysis of Currently Available Impression Materials". National meeting of the American Academy of Crown and Bridge Prosthodontics., Chicago, Ill. February |
| | Essay | "An Update and Analysis of Impression Materials". Student Alumni convention, Loma Linda University School of Dentistry. Loma Linda, CA. February 23 |
| 1991 | C.E. Course | "Prefabricated Provisionals". Loma Linda University, March |

*Page 9*
*Curriculum Vitae*
*Harold Nemetz*

## COURSES DEVELOPED AND PRESENTED (cont'd)

| | | |
|---|---|---|
| 1991 | Essay/Poster Pres. | "Effect of Eugenol on Parapost Retention Cemented with Panavia". IADR/AADR General Session. Acapulco, Mexico. April |
| 1992 | Essay/Poster Pres. | "Effect of Corrugated Post Space on the Retention of Posts". IADR General Session & Exhibition. Glasgow, Scotland. July |
| 1993 | Essay/Poster Pres. | "Effect of Corrugating Dentinal Walls of Post Space on the Retention of Posts Luted with Various Polymeric Cements. AADR General Session. Chicago. March |
| 1993 | C.E. Course | "A Guide to Successful Posting of Endodontically Treated Teeth: State of the Art". Annenberg Center Rancho Mirage. April |
| | C.E. Course | "Restoration of Endodontically Treated Teeth with Passive Post Placement and Allowing for Retreatment". Flying Dentists Association. Tucson, Arizona. September |

*Page 10*
*Curriculum Vitae*
*Harold Nemetz*

## CONTINUING EDUCATION TAKEN

In excess of 5500 hours.

## HONORS AND AWARDS

Pierre Fauchard Academy (PFA)
Who's Who in the West 1977
Fellow of the Academy of General Dentistry (FAGD)
Fellow American College of Dentists (FACD)
Fellow International College of Dentists (FICD)
Keynote speaker ~ presenter for 25th year class reunion