NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,<br><br>                Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 3:05-cv-00249-RRB<br><br>**OBJECTIONS TO PLAINTIFF'S AMENDED TRIAL EXHIBITS** |

    Defendant, United States of America, objects to the Plaintiff's addition of seven additional exhibits in this case.  See Docket 53.

    Discovery in this case closed December 8, 2006.  Docket 15.  Exhibit lists were initially filed in November 2007 in anticipation of the originally scheduled December 2007 trial date.  At the Trial Scheduling Conference on March 6, 2008, the parties had

indicated that the trial briefs, witness lists, and exhibits that had been filed the previous fall were complete, as well they should have been since there had been no new developments in the case.

Now, seven working days before trial, plaintiff amends his exhibits to add seven more exhibits. He did not move to do so. He has not offered any good cause for the delay in adding exhibits, especially because, in contrast to the eleventh hour submissions last fall, all seven additional exhibits appear to have been known to plaintiff well before the close of discovery in 2006. This late, unsupported addition of exhibits is prejudicial. Pursuant to Local Rule 39.3(a)(7), these additional exhibits should be excluded.

Respectfully submitted this 14th day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14 2008
a copy of the foregoing **OBJECTIONS TO
PLAINTIFF'S AMENDED TRIAL EXHIBITS**
was served electronically on Michele Power, Esq.

s/ Richard L. Pomeroy

Unin v. United States
Case No. 3:05-cv-00249-RRB         2