NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　Defendant. | Case No. 3:05-cv-00249-RRB<br><br>**MOTION TO PRESENT TESTIMONY BY DEPOSITION** |

　　　Defendant, United States of America, moves to present the testimony of Dr. Randy Deeter by deposition transcript for trial.

　　　Dr. Deeter had originally been listed as one of Plaintiff's witnesses.  Docket 25.  In Plaintiff's revised witness list, Docket 52, Plaintiff is no longer going to call Dr. Deeter as a witness.  Therefore, Defendant moves to add Dr. Deeter as one of its witnesses.  Because he has business conflicts the week of April 21, his deposition is being taken April 16, 2008, to preserve his testimony for trial.  Defendant moves for leave to add Dr. Deeter as a witness and to submit his testimony via deposition.

Respectfully requested this 16th day of April, 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
Alaska Bar No. 8906031

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2008, a copy of the foregoing **MOTION TO PRESENT TESTIMONY BY DEPOSITION** was served electronically on Michele Power, Esq.

s/ Richard L. Pomeroy