IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEO UNIN, | ) | |
| | ) | Case No. 3:05-cv-00249-RRB |
| Plaintiff, | ) | |
| | ) | **[PROPOSED] ORDER** |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant's motion to present the testimony of Dr. Randy Deeter by deposition transcript for trial in this case is hereby GRANTED.


_____          _____
Date:                                  Ralph. R. Beistline
                                       United States District Court Judge