```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 LEO UNIN                           vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE RALPH R. BEISTLINE

CASE NO. 3:05-CV-00249-RRB

DEPUTY CLERK/RECORDER:      SAMANTHA LARK

APPEARANCES:   PLAINTIFF:   MICHELE POWER


               DEFENDANT:   RICHARD L. POMEROY

PROCEEDINGS: FINAL PRE-TRIAL CONFERENCE HELD APRIL 17, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:23 a.m. court convened.

Court and counsel heard re Defendant's Motion to Present Testimony by Deposition (DKT 56); **GRANTED.**

Court and counsel heard re length of trial, witnesses, video depositions, audio recording and objections to witness testimony re video depositions.

At 11:29 a.m. court adjourned.

DATE:   APRIL 17, 2008         DEPUTY CLERK'S INITIALS: sal

Revised 6/18/07