```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

 LEO UNIN                           vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE   RALPH R. BEISTLINE
CASE NO.               3:05-CV-00249-RRB

DEPUTY CLERK/RECORDER:         APRIL KARPER

APPEARANCES:   PLAINTIFF:      MICHELE POWER

               DEFENDANT:      RICHARD POMEROY

PROCEEDINGS: TRIAL BY COURT - DAY 1 HELD APRIL 21, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:33 a.m. court convened.

Leo Unin sworn and testified on behalf of the plaintiff by video deposition. Plaintiff's exhibit 21 **ADMITTED**.

Bonnie Dansby sworn and testified on behalf of the plaintiff by video deposition.

At 10:18 a.m. court recessed until 10:38 a.m.

Court and counsel heard re plaintiff's unopposed oral motion to enter the video deposition testimony of Bonnie Dansby and Everett Cupino by exhibit rather than playing in open court; **GRANTED**. Plaintiff's exhibits 26 and 27 **ADMITTED**.

Geraldine Morrow sworn and testified on behalf of the plaintiff by video deposition. Plaintiff's exhibit 14 **ADMITTED**.

Chris McMichael sworn and testified on behalf of the plaintiff by video deposition.

At 11:57 a.m. court recessed until 1:20 p.m.

Mark Hoss sworn and testified on behalf of the plaintiff by audio deposition. Plaintiff's exhibit 13, page 253 **ADMITTED**.

CONTINUED ON PAGE 2

DATE:      April 21, 2008        DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07

```
                      CONTINUATION - PAGE 2
                LEO UNIN vs. UNITED STATES OF AMERICA
                         3:05-CV-00249-RRB
                      TRIAL BY COURT - DAY 1
                         April 21, 2008
```
---

Plaintiff's exhibits 1, 2, 4, 5, 6, 7, 8, 10, and 19 **ADMITTED**.

Harold Nemetz sworn and testified on behalf of the plaintiff by audio deposition.

At 2:53 p.m. court recessed until 3:10 p.m.

Continued playing deposition of Harold Nemetz.

Plaintiff's exhibits 3, 9, 11, 12, 13, 15, 16, 17, and 18 **ADMITTED**.

Plaintiff rested.

Jennifer Lynn Lombrano sworn and testified on behalf of the defendant. Defendant's exhibit A **IDENTIFIED**; defendant's exhibit F **ADMITTED**.

At 3:56 p.m. court recessed this matter to reconvene **Tuesday, April 22, 2008 at 9:30 a.m.** and court adjourned.

DATE:        April 21, 2008         DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07