```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

 LEO UNIN                            vs.  UNITED STATES OF AMERICA

BEFORE THE HONORABLE  RALPH R. BEISTLINE
CASE NO.              3:05-CV-00249-RRB

DEPUTY CLERK/RECORDER:         APRIL KARPER

APPEARANCES:    PLAINTIFF:     MICHELE POWER

                DEFENDANT:     RICHARD POMEROY

PROCEEDINGS: TRIAL BY COURT - DAY 2 HELD APRIL 22, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:34 a.m. court convened.

Philip Worthington sworn and testified on behalf of the defendant as an expert. Defendant's exhibits A, B, and C **ADMITTED**.

Defense rested.

At 10:40 a.m. court recessed until 10:53 a.m.

Closing arguments heard.

Court heard; matter taken **UNDER ADVISEMENT**, written ruling to issue.

List of Exhibits and List of Witnesses to be filed separately.

At 11:21 a.m. court adjourned.

All original admitted exhibits retained by counsel.

DATE:      April 22, 2008        DEPUTY CLERK'S INITIALS:   AMK

Revised 6/18/07