(Rev 4/08)                                  **LIST OF EXHIBITS**

---

Case No. 3:05-CV-00249-RRB                               Judge: **RALPH R. BEISTLINE**

Title        Leo Unin
    vs.
        United States of America

Dates of Hearing/Trial:    April 21, 2008   thru   April 22, 2008

Deputy Clerk/Recorder:    April Karper

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| Michele Power | Richard Pomeroy |
| | |

------------------------------------------------------**EXHIBITS**------------------------------------------------------

| **PLAINTIFF** | | | | **DEFENDANT** | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX# | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | | 4/21/08 | **Criminal Remand Screening** | A | ✓ | 4/22/08 | **Dr. Lombrano's treatment notes, March 31, 2004** |
| 2 | | 4/21/08 | **Prisoner Health Care Authorization** | B | ✓ | 4/22/08 | **2004 SOA DOC Treatment Notes of Plaintiff** |
| 3 | | 4/21/08 | **Practitioner Narrative** | C | ✓ | 4/22/08 | **C.V. of Philip Worthington, D.D.S.** |
| 4 | | 4/21/08 | **Health Care Progress Notes** | D | | | **Deposition of Leo Unin** |
| 5 | | 4/21/08 | **Med. Admin. Chart '04** | E | | | **Deposition of Harold Nemetz, DDS** |
| 6 | | 4/21/08 | **Medication Dispensing Chart** | F | | 4/21/08 | **Deposition of William Randy Deeter, DDS** |
| 7 | | 4/21/08 | **Medication Dispensing Chart** | | | | |
| 8 | | 4/21/08 | **Medication Administering Chart** | | | | |
| 9 | | 4/21/08 | **Otoryngology Consultation Note** | | | | |
| 10 | | 4/21/08 | **Request for Medical Care** | | | | |
| 11 | | 4/21/08 | **DOC Mental Health Telepsychiatry Services** | | | | |

| Case No: 3:05-CV-00249-RRB | | | | Judge: RALPH R. BEISTLINE | | | | |
|---|---|---|---|---|---|---|---|---|
| **PLAINTIFF** | | | | **DEFENDANT** | | | | |
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT | |
| 12 | | 4/21/08 | Dental Images, L. Unin | | | | | |
| 13 | | 4/21/08 | ANMC Medical Records | | | | | |
| 13 PAGE 253 | | 4/21/08 | page 253 only | | | | | |
| 14 | | 4/21/08 | DOC Dental Care Record Continuation | | | | | |
| 15 | | 4/21/08 | YKHC PCC Ambulatory Encounter Record | | | | | |
| 16 | | 4/21/08 | Alaska Medical Mobile X-Ray, Cook Inlet Pretrial Facility | | | | | |
| 17 | | 4/21/08 | Andrew Deeter, D.D.S., Letter | | | | | |
| 18 | | 4/21/08 | Harold Nemetz, D.D.S., A.M.Ed, Curriculum Vitae | | | | | |
| 19 | | 4/21/08 | DOC Medical Records | | | | | |
| 20 | | | DOC Progress Notes | | | | | |
| 21 | | 4/21/08 | Written Statements of Leo Unin | | | | | |
| 22 | | | YKHC Dental Summary Report | | | | | |
| 23 | | | ANMC Medical Record | | | | | |
| 24 | | | Patient Consent for Oral Surgery | | | | | |
| 25 | | | DOC Progress Notes | | | | | |
| 26 | ✓ | 4/21/08 | 2 CD's - Deposition of Bonnie Dansby | | | | | |
| 27 | ✓ | 4/21/08 | CD - Deposition of Everett Cupino | | | | | |