| **ITEMIZATION OF COST BILL** | | | |
|---|---|---|---|
| **Fees of the Clerk:** | | | |
| | Filing Fee | $ | 350.00 |
| **Fees for service of summons & subpoena** | | | |
| | Alaska Court Services: | | |
| | Jody Hatt | $ | 45.00 |
| | Attorneys Process Services: | $ | - |
| | Chris McMichael | $ | 45.00 |
| | Dr. Mark Hoss | $ | 45.00 |
| | Dr. Geraldine Morrow | $ | 45.00 |
| | | $ | 180.00 |
| **Fees of court reporter** | | | |
| | Accutype Depositions: | | |
| | Depo of Bonnie Dansby | $ | 255.00 |
| | Depo of Dr. Morrow | $ | 172.50 |
| | Depo of Crhis McMichael | $ | 127.50 |
| | | $ | - |
| | Action Video: | $ | - |
| | Depo of Everett Cupino | $ | 123.20 |
| | | $ | 678.20 |
| **Fees for Witnesses** | | | |
| | See p. 2 of Bill of Cost form: | $ | 270.00 |
| **Fees for copies** | | | |
| | Medical Records 5/19/06 | $ | 12.25 |
| | Medical Records 2/3/07 | $ | 13.75 |
| | Medical Records 4/17/07 | $ | 18.00 |
| | P/B Photocopying | $ | 66.15 |
| | | $ | 110.15 |
| **Other Costs** | | | |
| | Plaintiff's Counsel's Travel Costs | | |
| | For Trial: | | |
| | Airfare | $ | 478.00 |
| | Hotel | $ | 152.97 |
| | Car Rental | $ | 221.76 |
| | | $ | 852.73 |
| | **TOTAL** | | **$ 2,441.08** |

# INVOICE

Alaska Court Services Inc.
PO Box 212041
Anchorage, AK 99521-2041

APR 29 2008

| DATE | INVOICE NO. |
|---|---|
| 4/26/2008 | 10972 |

| BILL TO |
|---|
| Power and Brown, LLC<br>PO box 1809<br>Bethel, AK 99559 |

| P.O. NO. | TERMS | REP | SHIP DATE | SHIP VIA | FOB | PROJECT |
|---|---|---|---|---|---|---|
|  | Due on receipt |  | 4/26/2008 |  |  |  |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| SUBP | Leo Unin vs United States of America | 1 | 45.00 | 45.00 |

**Total** $45.00

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

APR 2 9 2008

69684

Leo Unin

-vs-
United States of America

**RETURN OF SERVICE**

Case No: <u>A05-249 cv (RRB)</u>

Alaska Court Services
P.O. Box 212041
Anchorage, Ak 99521
907-258-3211

I certify that on <u>Thursday, April 3, 2008</u> at <u>9:33am</u> I served the following documents:
Subpoena; Cover Letter; Exhibits; Witness Fee Check

for service upon <u>Jody Hatt</u>
at <u>Wildwood Correctional Center, Bldg 1</u> in <u>Kenai,</u> Alaska.
By leaving a true and correct copy with Jody Hatt

SUBSCRIBED AND SWORN to me on   April 3, 2008

_____
PROCESS SERVER - SHERRI HANSEN

_____
Notary Public in and for the State of Alaska
My Commission Expires: 6-5-2009

| | |
|---|---|
| Client: | Power and Brown, LLC |
| | PO box 1809 |
| | Bethel, ak 99559 |
| Attention: | |
| File No: | |
| Service Fee: | $35.00 |
| Mileage: | $10.00 |
| Endeavor: | |
| Endeavor: | |
| Total: | $45.00 |



"OFFICIAL SEAL"
ROD ZIEGER
NOTARY PUBLIC, STATE OF ALASKA
MY COMMISSION EXPIRES 6-5-09



645 G Street, Suite 100, #585
Anchorage, Alaska 99501
(907) 276-2237
(907) 272-3533 Fax

490 North Main Street, #204
Wasilla, Alaska 99654
(907) 376-3757

---

**Date:** 4/2/2008  **APS No.:** 72428  **Case No.:** A05-249 CV (RRB)  **Client File No.:** M#117
**Plaintiff:** Leo Unin                **Defendant:** United States Of America

**Service On:** Chris Mcmichael
**Service Of:** Subpoena In A Civil Case, Notice Of Taking Deposition & Witness Fee Check; Packet Of Medical Records; Cover Letter

**TOTAL:** $ 45.00

**Date:** 4/2/2008  **APS No.:** 72430  **Case No.:** A05-249 CV (RRB)  **Client File No.:** M#117
**Plaintiff:** Leo Unin                **Defendant:** United States Of America

**Service On:** Dr. Mark S.o. Hoss
**Service Of:** Subpoena In A Civil Case, Notice Of Taking Deposition & Witness Fee Check; Packet Of Medical Records; Cover Letter

**TOTAL:** $ 45.00

**Date:** 4/2/2008  **APS No.:** 72431  **Case No.:** A05-249 CV (RRB)  **Client File No.:** M#117
**Plaintiff:** Leo Unin                **Defendant:** United States Of America

**Service On:** Dr. Geraldine Morrow
**Service Of:** Subpoena In A Civil Case, Notice Of Taking Deposition & Witness Fee Check; Packet Of Medical Records; Cover Letter

**TOTAL:** $ 45.00

**GRAND TOTAL:** **$135.00**

| | |
|---|---|
| LEO UNIN | )<br>)<br>) |
| -VS-      Plaintiff(s) | )<br>)<br>) |
| UNITED STATES OF AMERICA | )     **RETURN OF SERVICE**<br>)<br>)<br>) |
| Defendant(s) | ) |

Case No: A05-249 CV (RRB)

I certify that on   Wednesday, April 2, 2008   at   11:46 A.M.   I served the following documents
SUBPOENA IN A CIVIL CASE; NOTICE OF TAKING DEPOSITION & WITNESS FEE CHECK; PACKET OF MEDICAL RECORDS; COVER LETTER

on the therein named   DR. GERALDINE MORROW

at   1600 W. 11TH AVENUE, UNIT #26   in   Anchorage, Alaska by leaving a true and correct copy with
DR. GERALDINE MORROW, personally

Process Server /   SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Wednesday, April 2, 2008

Notary Public in and for the State of Alaska
My Commission Expires:

Attorney:  POWER & BROWN, LLC
P.O. BOX 1809
BETHEL, AK 99559

Attention:  SARAH DRONENBURG

File No:  M#117

Service Fee:  $35.00
Mileage:  $10.00
Endeavor:
Endeavor:

Total:  $45.00   (A.P.S.) NO:   72431

(SEAL)

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

| | |
|---|---|
| LEO UNIN ) <br> ) <br> ) <br> ) <br> -VS-             Plaintiff(s) ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> ) <br> Defendant(s) ) | **RETURN OF SERVICE** |

Case No: <u>A05-249 CV (RRB)</u>

I certify that on    <u>Wednesday, April 2, 2008</u> at <u>2:05 PM</u> I served the following documents
SUBPOENA IN A CIVIL CASE; NOTICE OF TAKING DEPOSITION & WITNESS FEE CHECK; PACKET OF MEDICAL RECORDS; COVER LETTER

on the therein named    <u>DR. MARK S.O. HOSS</u>

at <u>4501 DIPLOMACY DRIVE, SUITE 200</u> in <u>Anchorage</u>, Alaska by leaving a true and correct copy with
MICHELLE AREGARD, RISK MANAGEMENT, SOUTH CENTRAL FOUNDATION, ALASKA NATIVE MEDICAL CENTER

Process Server /    SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of    Wednesday, April 2, 2008

Notary Public in and for the State of Alaska
My Commission Expires:

Attorney: POWER & BROWN, LLC
P.O. BOX 1809
BETHEL, AK 99559

Attention: SARAH DRONENBURG

File No: M#117
Service Fee: $35.00
Mileage: $10.00
Endeavor:
Endeavor:
Total: $45.00    (A.P.S.) NO:    72430

(SEAL)

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

IN THE   U.S. DISTRICT   COURT FOR THE STATE OF   ALASKA
THIRD JUDICIAL DISTRICT AT   ANCHORAGE

LEO UNIN                                          )
                                                  )
                                                  )
                                                  )
-VS-                          Plaintiff(s)        )
                                                  )
                                                  )
UNITED STATES OF AMERICA                          )         **RETURN OF SERVICE**
                                                  )
                                                  )
                                                  )
                              Defendant(s)        )

Case No: <u>A05-249 CV (RRB)</u>

I certify that on    <u>Wednesday, April 2, 2008</u> at <u>11:30 AM</u> I served the following documents
SUBPOENA IN A CIVIL CASE; NOTICE OF TAKING DEPOSITION & WITNESS FEE CHECK; PACKET OF MEDICAL RECORDS; COVER LETTER

on the therein named   <u>CHRIS MCMICHAEL</u>

at <u>ANCHORAGE JAIL - 1400 E. 4TH AVENUE</u> in <u>Anchorage,</u>Alaska by leaving a true and correct copy with
CHRIS MCMICHAEL, personally

Process Server /   SHON GUSTIN

SUBSCRIBED AND SWORN to me this day of   Wednesday, April 2, 2008

Notary Public in and for the State of Alaska
My Commission Expires:

Attorney:  POWER & BROWN, LLC
           P.O. BOX 1809
           BETHEL, AK  99559                                          (SEAL)

Attention:  SARAH DRONENBURG

File No:   M#117

Service Fee:   $35.00               Attorneys Process Service
Mileage:       $10.00               645 G Street Ste 100 PMB 585
Endeavor:                           Anchorage, AK. 99501
Endeavor:                           Phone (907) 276-2237

Total:   $45.00   (A.P.S.) NO:   72428

**Sarah Dronenburg**

| | |
|---|---|
| **From:** | smorrison@accutypedepositions.com |
| **Sent:** | Wednesday, May 07, 2008 7:53 PM |
| **To:** | Sarah Dronenburg |
| **Subject:** | RE: Invoice |
| **Importance:** | High |

[Deposition Videographer]

Sarah, I have tried to go into the invoice/statements program and download the bill the bookkeeper prepared for you guys but unable to no matter how I try, so I'm going to send to you this way:

Deposition of Bonnie Dansby was:

Appearance Fee - 135.00
Copies of DVDs - 120.00

Deposition of G. Morrow:

Appearance Fee - 112.50
Copies of DVDs - 60.00

Deposition of Chris McMichael

Appearance Fee - 67.50
Copies of DVDs - 60.00

Mailing of DVDs to Ms. Brown
$25.00

Total Billing for above Deposition $580.00

I will send a print out of the bills when I returned to Anchorage. I hope this works for you, as I don't know what else to do from afar.

Sunny

1

# PRE-BILL

Date: 5/8/2008
Time: 10:00AM
Page: 3 of 4

**Power and Brown, LLC**

Client: 04-111  Leo Unin
Matter: 117   Unin, Leo v. USA- tooth

*This Matter Will Be Billed On A Contingency Basis*

## Costs

| Date | Description | Amount | Check No. |
|---|---|---|---|
| 01/23/2006 | ████████████ | ███ | |
| 04/04/2006 | ████████ | ███ | |
| 05/19/2006 | Medical Records | $12.25 | |
| 12/04/2006 | ████████████ | ███ | ██ |
| 02/03/2007 | Leo Unin Medical Records (tooth) | $13.75 | 1655 |
| 04/17/2007 | Leo Unin Medcial Records | $18.00 | 1792 |
| 01/28/2008 | ████████████ | ██ | ██ |
| 01/30/2008 | ████████████ | ██ | ██ |
| 02/19/2008 | ████████████ | ██ | ██ |
| 04/01/2008 | Witness Fee and Mileage- Perpetuation Deposition<br>**Payee:** Bonnie Dansby | $50.00 | 2376 |
| 04/01/2008 | Leo Unin Tooth- Witness Fee-Perpetuation Deposition<br>**Payee:** Chris McMichael | $40.00 | 2378 |
| 04/01/2008 | Leo Unin Tooth- Perpetuation Deposition Witness Fee & Mileage<br>**Payee:** Dr. Geraldine Morrow | $50.00 | 2379 |
| 04/01/2008 | Leo Unin Tooth- Perpetuation Deposition Witness Fee<br>**Payee:** Jody Hatt | $40.00 | 2380 |
| 04/01/2008 | Leo Unin- Perpetuation Deposition Witness Fee<br>**Payee:** Dr. Mark Hoss | $40.00 | 2381 |
| 04/03/2008 | ████████████ | ███ | ██ |
| 04/04/2008 | Leo Unin v. USA Witness Fee & Mileage<br>**Payee:** Everett Cupino | $50.00 | 2384 |
| 04/11/2008 | ████████████ | ███ | ██ |

**Continued On Next Page**

# PRE-BILL

|        |        |
|--------|--------|
| Date:  | 5/8/2008 |
| Time:  | 10:20AM |
| Page:  | 4 of 4 |

**Power and Brown, LLC**

Client: 04-111            Leo Unin
Matter: 117               Unin, Leo v. USA- tooth

| Date | Description | Amount | |
|---|---|---|---|
| 04/30/2008 | ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ |
| 04/30/2008 | Court Costs Invoice No. 10972<br>**Payee:** Alaska Court System | $45.00 | 2414 |
| 05/02/2008 | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ |
| 05/02/2008 | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ |
| 05/02/2008 | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ |
| 05/02/2008 | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ |
| 05/02/2008 | ▬▬▬▬▬▬▬▬▬▬▬▬▬ | ▬▬ | ▬▬ |
| 05/06/2008 | Total Postage | $123.23 | |
| 05/06/2008 | Total Photocopies | $66.15 | |
| 05/06/2008 | Total Facsimile Charges | $20.50 | |
| | **Total Costs:** | ▬▬ | |

|  |  |
|---|---|
| Prior Balance: | $0.00 |
| Payments Received: | $0.00 |
| Current Fees: | $0.00 |
| Sales Tax on Fees: | $0.00 |
| Advanced Costs: | ▬▬ |
| Sales Tax on Costs: | $0.00 |
| Administrative Costs: | $0.00 |
| Late Charges: | $0.00 |
| Additional Retainer Due: | $0.00 |
| **TOTAL AMOUNT DUE:** | ▬▬ |

Fees and Costs [    ]      Fees Only [    ]      Costs Only [    ]      Don't Bill [    ]

 **Power and Brown, LLC**

Michele Power, MVP Gold - Signed In / Sign Out
My Trips

Travel ▼ | MyEasyBiz ▼ | MyAccount ▼ | Help ▼       Need Help? Ask Jenn ▶

New Reservations   View/Change a Reservation   Flight Status   Schedules   Web Check-in   Helpful Links   Show All...

SEARCH  SELECT  REVIEW  TRAVELERS  SEATS  RESERVE  **CONFIRMATION**

## Confirmation - Purchased Reservation   View List of My Trips

**Your reservation is complete.**
Print this page for your check-in and airport use. A confirmation letter, including your itinerary, receipt and consumer notices, will be e-mailed to you.

**Confirmation Code**
**H L V Q T C**

Add Itinerary to a Calendar
Forward Itinerary to a Friend

### Itinerary, Traveler Information, and Reserved Seats°

| Flight | Departs | Arrives | Details |
|---|---|---|---|
| Alaska Airlines 44 | Bethel (BET) **2:25 pm** Sun, Apr 20 | Anchorage (ANC) **3:36 pm** Sun, Apr 20 | Coach · Boeing 737-400  Nonstop · 70% On-Time  Meal: None  Total: 397 mi · 1 hr 11 min |
| Alaska Airlines 45 | Anchorage (ANC) **6:46 pm** Tue, Apr 22 | Bethel (BET) **7:59 pm** Tue, Apr 22 | Coach · Boeing 737-400  Nonstop · 80% On-Time  Meal: None  Total: 397 mi · 1 hr 13 min |

**Reserved Seats for Flight(s)**

| Traveler Information | 44 | 45 | Additional Services Requested |
|---|---|---|---|
| Name: Michele Power | 16C | 16A | Request additional services (Wheelchair, etc) |
| MP#: Alaska 1836763 - Gold | Change seats | | |
| E-ticket: 0272119647479 | | | |

° Air Carrier Access Act requires us to make certain seats available to customers with disabilities. If you are assigned one of these seats and a qualified person requests it, you will be reaccommodated at the airport in another seat.

**Thank you for your purchase at EasyBiz**

The VISA ending with *******5844 has been charged a total of US$478.00 on April 08, 2008.



**Total Fare**

| | |
|---|---|
| Base fare and surcharges: | $433.48 |
| Applicable taxes, segment fees, airport facility charges and/or September 11th security fees: | $44.52 |
| Total per person: | $478.00 |
| **Grand Total for 1 Traveler:** | **US$478.00** |

(Currency Converter)

FormID: 26167786c8b8147a8889e4f56b65b1956

Web Check-In
Learn how to get out of line online.

Best Places
Discover the best of Anchorage (sights, shopping, and dining)

Flight Status Alert
Create a flight status alert.

Flight Status
Check the status of your Alaska Airlines or Horizon Air flight.

For additional assistance with your reservation send us an e-mail or call the Commercial Desk at 1-888-280-8929.

**enterprise**

Michele Power
Tel.: (907) 543-4700
admin@powerbrown.com
Renter Age: 25 and Up

POWER AND BROWN, LLC

Confirmation Number:

# GH03KS

Intermediate
Car Class:
Chevy Cobalt, Ford Focus or similar

Rental Dates:
Start:  Sunday, Apr 20, 2008 @ 3:30 pm
End:    Tuesday, Apr 22, 2008 @ 6:30 pm

Enterprise Location:

ANCHORAGE AP ON SITE
ANCHORAGE, AK 99502
Tel.: (907) 248-5526

Airport Shuttle Information

THE RENTAL OFFICE AND RENTAL VEHICLES ARE LOCATED AT THE RENTAL CAR CONSOLIDATED FACILITY IN THE SOUTH TERMINAL ONE LEVEL BELOW BAGGAGE CLAIM. FOLLOW THE SIGNS FOR RENTAL CARS TO THE CONSOLIDATED FACILITY. IF YOU ARRIVE VIA THE NORTH TERMINAL - GO OUTSIDE FROM BAGGAGE CLAIM AND THE SHUTTLE WILL TAKE YOU TO THE SOUTH TERMINAL. ** THIS BRANCH SERVICES AIRPORT CUSTOMERS ONLY. THIS BRANCH CAN NOT PROVIDE PICK UP SERVICE OUTSIDE OF THE AIRPORT.

Office Hours for the week of April 14, 2008

| | |
|---|---|
| Monday | 7:00 am - 11:00 pm |
| Tuesday | 7:00 am - 11:00 pm |
| Wednesday | 7:00 am - 11:00 pm |
| Thursday | 7:00 am - 11:00 pm |
| Friday | 7:00 am - 11:00 pm |
| Saturday | 7:00 am - 11:00 pm |
| Sunday | 7:00 am - 11:00 pm |

Total Cost Estimate :
For a **2 day rental** of a **Intermediate**
( Chevy Cobalt, Ford Focus or similar ).

| | |
|---|---:|
| 3 Hours @  $ 10.00 USD | $ 30.00 USD |
| 2 Days @  $ 39.99 USD | $ 79.98 USD |
| CUSTOMER FACILITY CHARGE | $ 9.74 USD |
| Subtotal | $ 119.72 USD |
| CONCESSION RECOVERY FEE | $ 12.21 USD |
| STATE RENTAL TAX | $ 11.00 USD |
| SALES TAX | $ 8.80 USD |
| *Total Charges | $ 151.73 USD |

Additional surcharges, local taxes, etc. may apply.

**Your Corporate Discount has been Applied**

MILEAGE IS UNLIMITED WITHIN THE RENTING STATE AND BORDERING STATE. IF TRAVELING OUTSIDE OF THESE STATES, MILEAGE WILL BE AT 200 FREE MILES PER DAY AND $.25 EACH ADDITIONAL MILE.

ALL DRIVERS MUST BE 21 YEARS OF AGE OR OLDER. RENTERS 21 THROUGH 24 YEARS OF AGE MAY ONLY RENT ECONOMY THROUGH FULLSIZE CARS.

THERE WILL BE AN ADDITIONAL CHARGE OF $5.00 PER DAY FOR EACH ADDITIONAL AUTHORIZED DRIVER OTHER THAN A SPOUSE OR DOMESTIC PARTNER.

PLEASE PARK VEHICLE IN ONE OF THE DESIGNATED ENTERPRISE PARKING SPACES. RETURN KEYS TO THE DROP BOX LOCATED OUTSIDE AT THE ENTERPRISE KIOSK IN RENTAL CAR RETURN ROW.



Weather Forecast for Nearest Airport:
**Anchorage, AK 99502, Apr 15, 2008 - Apr 21, 2008**

| Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | Monday |
|---|---|---|---|---|---|---|



```
ENTERPRISE LEASING COMPANY
4940 W INTL AIRPORT RD
ANCHORAGE, AK 99502
(907) 248-5526
Branch: 1014308
Ticket: 547052    Ref#: 2RPOWJ

MICHELE POWERS
Out: 04/17/2008 12:16 PM
In:  04/18/2008 4:49 PM
Vehicle: 2007 CHEV MONT 2DLS
Vehicle License: FDK568

TIME & DISTANCE
           2@$39.99/DAY =
DW                              $79.98

           2@$19.99/DAY =
REFUELING CHARGE                $39.98
ALASKA VEHICLE RENTAL TAX        $0.00
           10.0000% =
ANCHORAGE RENTAL TAX - CARS      $7.99
            8.0000% =
CONCESSION RECOVERY FEE-ANCHORAGE $6.40
           11.1000% =
CONSOLIDATED FACILITY CHG-ANCHORAGE $8.88
           2@$4.87/DAY =         $9.74
           Total Charges:      $152.97

Charge To: VISA XXXXXXXXXXXX0405

Thank you for renting from
Enterprise Rent-a-Car
To reserve a car use:
1 (800) RENT-A-CAR
or
www.enterprise.com
```

# Holiday Inn EXPRESS
Anchorage

| Michele Power | A/R Number | |
|---|---|---|
| PO BOX 1354 | Group Code | |
| Ct | Folio/Invoice No. | 63958 / |
| Bethel, AK 99559 | Reference # | |

| | | | |
|---|---|---|---|
| Room No. | 346 | Page No. | 1 of 1 |
| Arrival | 04-20-08 | Cashier No. | 5 |
| Departure | 04-22-08 | User ID | LSUKSIRIWONG |

www.hiexpresss.com/anchorageapt

| Date | Description | Charges | Credits |
|---|---|---|---|
| 04-20-08 | *Accommodation | 99.00 | |
| 04-20-08 | Bed/Occupancy Room Tax | 11.88 | |
| 04-21-08 | *Accommodation | 99.00 | |
| 04-21-08 | Bed/Occupancy Room Tax | 11.88 | |
| 04-22-08 | American Express      XXXXXXXXXXX1015 | | 221.76 |

Thank you for staying at Holiday Inn Express Anchorage. Qualifying points for this stay will automatically be credited to your account. To make additional reservations online, update your account information or view your statement please visit www. priorityclub.com. We look forward to welcoming you back soon.

**Total**   221.76   221.76

**Balance**   0.00

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or association fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Anchorage
4411 Spenard Road
Anchorage, AK 99517
Telephone: (907) 248-8848  Fax: (907) 248-8847