MICHELE POWER
SEAN BROWN
POWER AND BROWN, LLC
P.O. Box 1809
Bethel, Alaska 99559
Telephone: 907-543-4700
Facsimile: 907-543-3777

Attorneys for Leo Unin

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| LEO UNIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case A05-249CV |
| vs. | ) | No.   (RRB) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | NOTICE OF |
| | ) | COST BILL HEARING |

PLEASE TAKE NOTICE that a Cost Bill Hearing is scheduled for Thursday, May 15, 2008 at 9:00 am.  The undersigned will appear telephonically by calling the court clerk at 907-677-6101 at the time of the hearing.

DATED this 9th day of May, 2008, at Bethel, Alaska.

/s/ Michele Power
Power and Brown, LLC
P.O. Box 1809
Bethel, Alaska 99559
Phone: (909) 543-4700
Fax: (907) 543-3777
E-mail: admin@powerbrown.com
Alaska Bar No. 0205012

- 1 -

- 2 -

CERTIFICATE OF SERVICE

This is to certify that on the 9th day of May, 2008, a copy of this document was served electronically on:

Richard Pomeroy:
Richard.Pomeroy@usdoj.gov

By:   /s/ Sarah Dronenburg