NELSON P. COHEN
United States Attorney

RICHARD L. POMEROY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail:  richard.pomeroy@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, | ) |
| | ) Case No. 3:05-cv-00249-RRB |
| Plaintiff, | ) |
| | ) **STIPULATION TO ENTER A** |
| v. | ) **JUDGMENT OF COSTS AGAINST** |
| | ) **THE UNITED STATES** |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |
| | ) |

The parties stipulate that the Clerk of Court will enter judgment for costs against the United States of America for $1588.35, pursuant to 28 U.S.C. § 2517. The total amount consists of the following:

| | |
|---|---|
| Fees of the Clerk | $350.00 |
| Fees for service of summons and subpoena | $180.00 |
| Fees of the court reporter | $678.20 |
| Fees for witnesses | $270.00 |
| Fees for exemplification and copies of papers | $110.15 |
| **Total** | $1588.35 |

The parties agree that Plaintiff's counsel's travel costs for trial, $852.73 will not be awarded, as this is not a permissible cost.

The parties also stipulate that the Cost Bill Hearing scheduled for Thursday, May 15, 2008 at 9:00 a.m. be vacated as parties have agreed upon the judgment of costs.

Respectfully submitted this 12th day of May, 2008, in Anchorage, Alaska.

POWER and BROWN, LLC

Dated: May 12, 2008

s/ Michele L. Power (consent)
Attorney for Plaintiff
P.O. Box 1809
Bethel, AK 99559
Phone: (907) 543-4700
Fax:    (907) 543-3777
E-mail: mpower99@aol.com
AK# 9510047

NELSON P. COHEN
United States Attorney

Dated: May 12, 2008

s/Richard L. Pomeroy
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: richard.pomeroy@usdoj.gov
AK# 8906031