IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Defendant. )<br>) | Case No. 3:05-cv-00249-RRB<br><br>**[PROPOSED] ORDER TO ENTER A JUDGMENT OF COSTS AGAINST THE UNITED STATES** |

The parties' stipulation to enter a judgment of costs against the United States for $1588.35 in this case is hereby GRANTED. The Cost Bill Hearing scheduled for Thursday, May 15, 2008 at 9:00 a.m. is VACATED.

Date: _____        _____
                                                                 Ralph. R. Beistline
                                                                 United States District Court Judge