IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LEO UNIN, ) | Case No. 3:05-cv-00249-RRB |
| ) | |
| Plaintiff, ) | |
| ) | ███████ **ORDER** |
| v. ) | **TO ENTER A JUDGMENT OF** |
| ) | **COSTS AGAINST THE UNITED** |
| UNITED STATES OF AMERICA, ) | **STATES** |
| ) | |
| Defendant. ) | |
| ) | |

The parties' stipulation to enter a judgment of costs against the United

States for $1588.35 in this case is hereby GRANTED. The Cost Bill Hearing

scheduled for Thursday, May 15, 2008 at 9:00 a.m. is VACATED.

May 13, 2008
Date:

Ralph. R. Beistline
United States District Court Judge